United States District Court

Southern District of New York

25 CV 3630

Leon Maurice Ager,

Billy F. Larkin,

Plaintiffs,

Case No:

RECEIVED
APR 2 9 2025
PRO SE OFFICE

v

Commissioner Roger Goodell, et al.,

Defendants,

Complaint Alleging Fraud, Conspiracy, Breach of Contract, Unjust Enrichment, Quasi-Contract, Quantum Meruit.

Plaintiffs, Ager and Larkin, complain and alleges as follows against National Football League Commissioner, Roger Goodell, Member Teams, and Team Owners.

Statement of Facts

1. In February 2015 NFL Player, Arian Foster stated publically that the players, in an effort to avoid career-ending injuries, would not give competition in the Pro Bowl Game 100%.

2. In February 2013, The Commissioner Publically Considered Throwing In The Towel And Cancelling The Pro-Bowl Games, Due To A Decling Interest By Fans Over The Years.

3. On March 11, 2013, Plaintiffs Mailed An Unsolicited Proposal Addressed To The Commissioner, Entitled "A Weekend Of Fun And Greatness" That Featured Skill Challenges For The Three Day Event.

4. On March 18, 2013, The Commissioner And NFL Club Owners Held Their Annual Meeting In Phoenix, Arizona.

5. On March 18, 2013, Plaintiffs Proposal Was Returned To Plaintiff Agee, With A Letter Stating "The NFL Does Not Accept Unsolicited Proposals," (See Attachment-A), It States," And Therefore Is Not Interested In Pursuing Your Submission," And Further States," Any Materials That You Send To The NFL, Or Any Member Club Would Be Returned To You Unreviewed, Under This Policy." (See Attachment-A)

6. The Letter States "For That Reason, Enclosed With This Letter I Am Returning To You The NFL's Only Copy Of Your Submission," Which Is Contradicted By A October 25, 2019 Court Order That States "But In January 2014 The NFL Moved The Pro-Bowl Game From Hawaii To Arizona, Playing It A Week Before The Super Bowl As Plaintiff Had Proposed In His Plan." (See Attachment-B)

7. On Information And Belief, The NFL Legal Department, The Commissioner An Member Club Immediatly Recognized Plaintiffs Proposal As A Game

Changes During Their Annual Meeting. It Is No Coincidence Plaintiffs' Proposal Was Returned That Same Day. On Information And Belief, There Was A Meeting Of The Minds To Violate NFL Policy Pursuant To Unsolicited Submissions That Resulted In Fraud And Conspiracy To Misappropriate Plaintiffs Submission Without Compensation, Due To Incarceration.

8. Plaintiffs Proposal Was Was Revolutionary, And Introduced Skill Challenges, Including,

9. On Information And Belief Plaintiffs Proposal Resulted In The Defendants' Decision To Promote And Sponsor Flag-Football In Boys And Girls Clubs.

10. On Information And Belief Plaintiffs Proposal Resulted In The Defendants Providing Grants To The National Junior Athletic Association To Promote Womens Flag-Football.

11. The 2022 Pro-Bowl For The First Time Included Flag-Football With NFL Players Competing Against The Youth Leagues They Sponsored. The Community And Charity Initiatives Was A Feature In Plaintiffs Proposal.

12. Defendants Also Conspired To Misappropriate Skill Challenge Events, Including, Hitting Moving Targets, The Obstacle Course, And Fastest Man In The NFL From Plaintiffs Proposal.

13. On Information And Belief Plaintiffs' Proposals Has Resulted In Numerous Patents, Trademarks And Copyrights Which The Defendants Misappropriated.

By This Action, Plaintiffs Seek To Appropriate All Patents, Trademark, And Copyrights, A Restraining Order To Prevent Future Pro-Bowls, And Compensation For Defendants Illegal Conduct.

## Parties

14. Plaintiff, Leon Maurice Ager, # 0002170, Caswell Correctional Center, 444 County Home Road, Blanch, North Carolina, 27212.

15. Plaintiff, Billy F. Larkin, #0490312, Caswell Correctional Center, 444 County Home Road, Blanch, North Carolina, 27212.

16. Defendant, Commissioner Roger Goodell, 345 Park Avenue, New York, NY, 10154,.

17. Defendant, Eleanor Seavey, 345 Park Avenue, New York, NY, 10154,

18. Defendant, Bill Bibwill, And The Arizona Cardinals, Post Office Boy 888, Pheonix, Arizona 85001.

19. Defendant, Ruthie Blank, And The Atlanta Falcons, 4400 Falcon Parkway, Flowery Branch, Georgia 30542.

20. Defendant, Steve Tsiscpotti, And The Baltimore Ravens, 1101 Russell Street, Baltimore, Maryland, 21230,

21. DEFENDANT, KIM AND TERRY PEGULA, AND THE BUFFALO BILLS, ONE BILLS DRIVE, ORCHARD PARK, NEW YORK, 14127.

22. DEFENDANT, DAVID TEPPER, AND THE CAROLINA PANTHERS, 800 MINT STREET, CHARLOTTE, NORTH CAROLINA, 28202.

23. DEFENDANT, VIRGINIA HALAS McCASKEY, AND THE CHICAGO BEARS, 1920 FOOTBALL DRIVE, LAKE FOREST, ILLINOIS, 60045.

24. DEFENDANT, MIKE BROWN, AND THE CINCINNATI BENGALS, ONE PAYCOR STADIUM, CINCINNATI, OHIO, 45202.

25. DEFENDANT, STEPHEN M. ROSS, AND THE MIAMI DOLPHINS, 347 DON SHULA DRIVE, MIAMI GARDENS, FLORIDA, 33056.

26. DEFENDANT, SHAHID KHAN, AND THE JACKSONVILLE JAGUARS, ONE TIAA BANK FIELD DRIVE, JACKSONVILLE, FLORIDA, 32202.

27. DEFENDANT, ZYGI WILF, AND THE MINNESOTA VIKINGS, 2600 VIKINGS CIRCLE, EAGAN, MINNESOTA, 55121.

28. DEFENDANT, CLARK HUNT, AND THE KANSAS CITY CHIEFS, ONE ARROWHEAD DRIVE, KANSAS CITY, MISSOURI, 64129.

29. DEFENDANT, ROBERT KRAFT, AND THE NEW ENGLAND PATRIOTS, ON PATRIOTS PLACE, FOXBOROUGH, MASS, 02035.

30. DEFENDANTS, CAROL AND MARK DAVIS, AND THE LAS VEGAS RAIDERS 1475 RAIDERS WAY, HENDERSON NV 89052.

31. DEFENDANTS, GAYLE BENSON, AND THE NEW ORLEANS SAINTS, 5800 AIRLINE DRIVE, METAIRIE, LOUISIANA, 70003.

32. DEFENDANTS, JOHN MARA, AND STEVE TISCH, AND THE NEW YORK'S GIANTS, 1925 GIANTS DRIVE, EAST RUTHERFORD, NEW JERSEY, 07073.

33. DEFENDANT, JODY ALLEN, AND THE SEATTLE SEAHAWKS, 12 SEAHAWKS WAY RENTON, WASHINGTON, 98056.

34. DEFENDANTS, JIMMY AND DEE HASLAM, AND THE CLEVELAND BROWNS, 76 LOU GROZA BLVD, BEREA, OHIO, 44017.

35. DEFENDANT, JERRY JONES, AND THE DALLAS COWBOYS, 1 COWBOY WAY STREET 100 FRISCO, TEXAS, 75034.

36. DEFENDANT, BOB WALTON, AND THE DENVER BRONCOS, 13655 BRONCO PARKWAY, ENGLEWOOD, COLORADO, 80112.

37. DEFENDANT, SHEILA FORD HAMP, AND THE DETROIT LIONS, 222 REPUBLIC DRIVE, ALLEN PARK, MICHIGAN, 48101.

38. DEFENDANT, GREEN BAY PACKERS INC. AND THE GREEN BAY PACKERS, 1265 LOMBARDI AVENUE, GREEN BAY, WISCONSIN, 54304

39. DEFENDANT, DEAN SPANOS, AND THE LOS ANGELES CHARGERS, 3333 SUSAN STREET, COSTA MESA, CALIFORNIA, 92626.

40. DEFENDANT, JANICE MCNAIR, AND THE HOUSTON TEXANS, TWO NRG PARK, HOUSTON, TEXAS, 77054.

41. DEFENDANT, STAN KROENKA, AND THE LOS ANGELES RAMS, 29899 AGOURA ROAD, AGOURA HILLS, CALIFORNIA, 91301.

42. DEFENDANT, JIM IRSAY, AND THE INDIANOPLIS COLTS, 7001 WEST 56TH STREET, INDIANAPOLIS, INDIANA, 46254.

43. DEFENDANTS, ROBERT W. JOHNSON IV AND CHRISTOPHER W. JOHNSON, AND THE NEW YORKS JETS, ONE JETS DRIVE, FLORHAM PARK, NEW JERSEY, 07932.

44. DEFENDANT, BRYON GLAZER, AND THE TAMPA BAY BUCCANEERS, ONE BUCCANEERS PLACE, TAMPA, FLORIDA, 33607.

45. DEFENDANTS, JEFFERY LURIE AND CHRISTINA WEISS LURIE, AND THE PHILADELPHIA EAGLES, ONE NOVACARE WAY, PHILADELPHIA, PENNSYLVANIA, 15203.

46. DEFENDANT, AMY ADAMS STRUNK, AND THE TENNESSEE TITANS, 460 GREAT CIRCLE ROAD, NASHVILLE, TENNESSEE, 37228.

47. DEFENDANT, ART ROONEY, AND THE PITTSBURGH STEELERS, 3400 SOUTH WATER STREET, PITTSBURGH, PENNSYLVANIA, 15203.

48. Defendant, Harris Blitzer Group, And The Washington Commanders, 1600 Fedex Way, Landover, Maryland, 20785.

49. Defendant, Denise Debartold York And Jed York, And The San Francisco 49ers, 4949 Marie P. Debartold, Santa Ciara,

## Jurisdiction

50. This Court Has Diversity Jurisdiction Pursuant To 28 U.S.C.A. 1332, And The Amount In Controversy Exceeds $75:000 Pursuant To 28 U.S.C.A. 1331.

51. This Court Has Personal Jurisdiction Over Non-Resident Defendants Due To Acts Alleged Communicated In The State Of New York.

## Claim For Fraud

52. Plaintiffs Incorporates And Realleges Paragraph 1 Through 51 Of This Complaint.

53. On March 18, 2015, Defendants Falsely And With Intent To Defraud Plaintiffs Did Inform Plaintiff The NFL Did Not Accept Plaintiff Unsolicited Proposal.

54. Defendants' Fraudulent Acts Enabled Defendants To Unfairly Benefit From Plaintiffs' Proposal, Thereby Giving The Proposal A Commercial Value It Would Not Otherwise Have.

55. Plaintiffs Had No Knowledge Of Defendants Fraud, Until The Main Event Of Plaintiffs Proposal, Which Was Flag-Football, Which Was Introduced In The 2024 Bowl Games.

56. Defendant's Actions Constitute Fraud And Continue To Be Intentional, Willful, And Without Regard For Plaintiffs Rights To Compensation.

57. Plaintiff Is Informed And Believe, And On That Bases Allege That Defendants Gained Massive Profits By Virtue Of Defendant's Fraud.

58. Plaintiff Is Informed And Believe, Plaintiffs Are The Rightful Owners Of Rights To Patents, Trademark, And Copyrights Pursuant To The Pro-Bowl, Post 2013 Linen Fraud Occurred,

59. Plaintiffs Has Sustained Damages As A Direct And Proximate Result Of Defendants Fraudulent Conduct To Be Proven At Trial.

60. Plaintiffs Has Been And Will Continue To Be Irreparably Harmed And Damaged By Defendants Conduct Insofar As Defendants Failure To Compensate For The Harm And Damage. Plaintiff Is Entitled To A Restraining Order Against Defendants, Unless Enjoined, Defendents Will Continue To Fraudulent Pro Bowl Games.

61. Because Defendant's Action Have Been Willful, Plaintiff Is Entitled To Defendants Fraudulently Derived Profits, And This Being And Exceptional Case, Treble Damages

## Claim For Conspiracy

62. Plaintiffs Incorporates And Reallege Paragraphs 1 Through 61 of This Complaint.

63. Since 2013, Defendants Conspiracy Of Silence Has Consisted Of A Continuing Agreement, Understanding, And Concert Of Actions To Fraudulently Develope Plaintiffs' Proposal, Rather Than Innovate And Develope Their Own Ideas To Improve The Pro Bowl Games.

64. In Formulating And Effectuating The Conspiracy, Defendants Did What They Conspired To Do, Including, Among Other Things, The Following:

A) Move The Pro Bowl From Hawaii To Pheonix, Pursuant To Plaintiffs' Proposal.

B) Host The Pro Bowl A Week Before The Super Bowl, Pursuant To Plaintiffs Proposal.

C) Quarterback Hitting Moving Targets, Pursuant To Plaintiffs Proposal.

D) Fastest Man In The NFL, Pursuant To Plaintiffs Proposal.

E) Obstacle Course, Pursuant To Plaintiffs Proposal.

F) Community And Charity, Pursuant To Plaintiffs Proposal.

G) Flag. Football Pursuant To Plaintiffs Proposal. (See Attachment - C.)

65. For Over A Decade Defendants Conspired To Implement The Listed Events, And Others, Pursuant To Plaintiffs Proposal, Resulting In The Pro-Bowl Becoming A Global Brand That Greatly Increase The NFL Brands' Value.

66. Plaintiffs Is Informed And Believe, And On That Basis Alleges, That Defendants Has Gained Profits By Virtue Of Defendants Conspiracy.

67. DEFENDANTS ACTIONS CONSTITUTE CONSPIRACY AND CONTINUE TO BE INTENTIONAL, WILLFUL, AND WITHOUT REGARD FOR PLAINTIFFS RIGHTS TO COMPENSATION.

68. PLAINTIFFS IS INFORMED AND BELIEVE PLAINTIFFS ARE THE RIGHTFUL OWNERS OF RIGHTS TO PATENTS, TRADEMARKS, AND COPYRIGHTS PURSUANT TO THE PRO-BOWL, POST-2013, WHEN DEFENDANTS CONSPIRACY WAS BORN.

69. PLAINTIFFS HAS SUSTAINED DAMAGES AS A DIRECT AND PROXIMATE RESULT OF DEFENDANTS CONSPIRACTORIAL CONDUCT TO BE PROVEN AT TRIAL.

70. PLAINTIFFS HAS BEEN, AND WILL CONTINUE TO BE IRREPARABLY HARMED AND DAMAGED BY DEFENDANTS CONDUCT INSOFAR AS DEFENDANTS FAILURE TO COMPENSATE FOR THE HARM AND DAMAGE. PLAINTIFFS IS ENTITLED TO A RESTRAINING ORDER AGAINST DEFENDANTS, UNLESS ENJOINED, DEFENDANTS WILL CONTINUE THE CONSPIRACY, PURSUANT TO THE PRO BOWL.

71. BECAUSE DEFENDANTS ACTIONS HAS BEEN WILLFUL, PLAINTIFFS IS ENTITLED TO DEFENDANT'S CONSPIRACTORIAL PROFITS, AND, THIS BEING AND EXCEPTIONAL CASE, TREBLE DAMAGES.

## CLAIM FOR BREACH OF CONTRACT

72. PLAINTIFFS INCORPORATES AND REALLEGES PARAGRAPHS 1 THROUGH 71 OF THIS COMPLAINT.

73. THE FACTS AND CIRCUMSTANCE GAVE RISE TO A QUASI-CONTRACTUAL OBLIGATION IMPLIED BY THE MOVE OF THE PRO BOWL FROM HAWAII TO PHEONIX AND PLAYED A

Week Prior To The Super Bowl. It Was A Small Portion Of A Much Larger Quasi-Contract For Services Rendered To The Defendants, Culminated By NFL Players Participation In Flag-Football In 2024.

74. Defendants Have Been Unjustly Enriched, Giving Rise To Plaintiffs Entitlement To Damages For Breach Of Contract And Compensation In Quantum Meruit.

75. Plaintiffs Is Informed And Believe, And On That Bases, Allege That Defendants Has Gained Great Profits By Virtue Of Their Breach Of Contract

76. Defendants Actions Constitute A Breach Of Contract And Continue To Be Intentional, Willful, And Without Regard For Plaintiffs Right To Compensation.

77. Plaintiffs Is Informed And Believe, Plaintiffs Are The Rightful Owner Of Rights To Patents, Trademarks, And Copyrights Pursuant To The Pro-Bowl, Post-2018 With Defendants' Breach Of Contract.

78. Plaintiff Has Sustained Damages As A Direct And Proximate Result Of Defendants Breach Of Contract To Be Proven At Trial.

79. Plaintiffs Has Been And Will Continue To Be Irreparably Harmed And Damaged By, Defendants Conduct, Insofar As Defendants' Failure To Compensate For The Harm And Damage, Plaintiffs Is Entitled To A Restraining Order Against Defendants Unless Enjoined, Will Continue A Breach Of Contract, Pursuant To The Pro Bowl.

80. Because Defendants Breach Of Contract Has Been Willful, Plaintiffs Is Entitled To Defendants Profits, And This Being An Exceptional Case, Treble Damages.

### Claim For Unjust Enrichment

81. Plaintiffs Incorporates And Realleges Paragraph 1 Through 80 Of This Complaint.

82. Plaintiffs Proposal Permitted Defendants To Make The Beleaguered Pro Bowl Pre-2013 Into An Entertainment Product That Billions Of Fans World-Wide Now Enjoy. Because Plaintiffs' Misappropriated Proposal Is The Source Of The Pro Bowls' Success, Plaintiff Has Valid And Protectable Rights To The Design Of The Post-2013 Pro Bowl.

83. Due To Plaintiffs Flag-Football Proposal, Flag-Football Will Become A Sporting Event In The 2028 Olympic Game In California.

84 Defendants, Intentionally, And Without Consent Or Legal Justification Violated The Property Rights Of Plaintiffs,

85. As A Result Of Defendants Tortious Acts, Defendants Recieved Unjustly Retained Benefits To The Detriment Of Plaintiffs.

86. It Would Be Unjust For Defendants To Retain The Value Of Plaintiffs Property, And, Any Profits Ill-Gotten Thereof,

87. The Post-2013 Pro-Bowls Was Structured On Monetizing The Value Of

Plaintiffs Proposal.

88. Plaintiffs seeks a total accounting and disgorment of all Ill-Gotten Gains and Profits Resulting from Defendants Unjust Enrichment.

89. Plaintiffs has Justained Damage as a Direct and Proximate Result of Defendants' Unjust Enrichment in an amount to be proven at trial.

90 Plaintiffs has been and will continue to be irreparably harmed and damaged by defendants unjust enrichment, insofar as defendants' failure to compensate for the harm and damage, plaintiffs is entitled to a restraining order against defendants, unless enjoined, defendants will continue to be unjustly enriched.

91. Because Defendants' actions has been willful plaintiff is entitled to defendants profits, and this being an exception case, treble damages pursuant to quantum meruit.

Wherefore, Plaintiffs prays for relief as follows:

1. A Judgement Awarding Plaintiffs all damages adequate to compensate for defendants fraudulent silence since misappropriating plaintiffs proposal, and royalty for the post-2013 pro. bowl at the maximum rate permitted by law.

2. A Judgement Awarding Plaintiffs all damages, including treble damages for allegations of fraud, conspiracy breach of contract, unjust enrichment.

( 14 )

3. Punitive Damages According To Proof.

4. An Accounting Of NFL And Member Teams Profits Pursuant To The Post 2013 Pro-Bowl.

5. Award An Actual Amount Suffered By Plaintiffs As A Result Of Post-2013 Pro Bowl Earning To Be Produced At Trial.

6. A Declaration And Adjudication That Defendants Misappropriated The Plaintiffs Proposal.

7. Award Plaintiffs All Rights And Remedies Afforded By The Patent Trade-Mark And Copyright Law Of The United States.

8. An Order Preliminarily And Permanently Enjoining The NFL And Member Club Owners From Directly Or Indirectly Promoting The Pro Bowl In Its Post-2013 Format.

9. Any Other Remedy To Which Plaintiffs May Be Entitled, Including All Remedies For Pursuant To, And Under, Any Other Laws.

### Demand For Jury Trial

Pursuant To Rule 38 (b) Of The Federal Rules Of Civil Procedure, Plaintiffs Hereby Demand Trial By Jury On All Issues Raised By The Complaint.

RESPECTFULLY SUBMITTED.

LEON MAURICE AGER #0002170

CASWELL CORRECTIONAL CENTER

444 COUNTY HOME ROAD

BLANCH, NORTH CAROLINA 27212

LARKIN BILLY F. #0490312

CASWELL CORRECTIONAL INSTITUTION

444 COUNTY HOME ROAD

BLANCH, NORTH CAROLINA 27212

(16.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEON MAURICE AGER,

                    Plaintiff,

        -against-                                          19-CV-8250 (CM)

RODGER GOODELL; ELEANOR SEAVEY,                            ORDER OF DISMISSAL

                    Defendants.

COLLEEN McMAHON, Chief United States District Judge:

        Plaintiff, currently incarcerated at Alexander Correctional Institution in Taylorsville,

North Carolina, brings this *pro se* action under 42 U.S.C.§ 1983. He asserts that Defendants

violated his rights under the Fifth Amendment by stealing his idea of "A Weekend of Fun and

Greatness" for the National Football League (NFL) Pro Bowl game. By order dated October 18,

2019, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in

forma pauperis*.[1] For the reasons set forth in this order, the Court dismisses this action.

## STANDARD OF REVIEW

        The Court must dismiss a complaint, or portion thereof, that is frivolous or malicious,

fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant

who is immune from such relief. 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b); *see Abbas v. Dixon*, 480

F.3d 636, 639 (2d Cir. 2007). The Court must also dismiss a complaint when the Court lacks

subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3). While the law mandates dismissal on

any of these grounds, the Court is obliged to construe *pro se* pleadings liberally, *Harris v. Mills*,

572 F.3d 66, 72 (2d Cir. 2009), and interpret them to raise the "strongest [claims] that they

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been
granted permission to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(b)(1).

Attachment - A

*suggest,*" *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474-75 (2d Cir. 2006) (internal

quotation marks and citations omitted) (emphasis in original).

## BACKGROUND

Plaintiff brings this action against Rodger Goodell, the Commissioner of the NFL, and

Eleanor Seavey, a paralegal with the NFL Legal Department. The following facts are taken from

the complaint. On March 6, 2013, after reading a newspaper article concerning talks of the NFL

cancelling the Pro Bowl game, Plaintiff wrote Goodell about a plan for a "Weekend of Fun and

Greatness," which would move the Pro Bowl game from Hawaii to different stadiums and

feature skill events. On March 18, 2013, Plaintiff received a letter from Seavey, informing him

that the NFL and its club members did not accept unsolicited proposals, along with a copy of his

unreviewed plan.

But in January 2014, the NFL moved the Pro Bowl game from Hawaii to Arizona,

playing it a week before the Super Bowl, as Plaintiff had proposed in his plan. Further, in

January 2018, the NFL held the Pro Bowl in Orlando, Florida, and featured skill challenges,

including a few of the events proposed in Plaintiff's plan. The NFL had never done skill

challenges or moved the Pro Bowl from Hawaii to other stadiums until after Plaintiff presented

his plan for a Weekend of Fun and Greatness. Because of the changes, NFL fans have become

more involved and the Pro Bowl ratings are higher.

Plaintiff believes that Goodell read and liked his plan and decided to implement it. He

claims that Goodell and Seavey conspired to steal his plan without providing him any

compensation, thus violating the Fifth Amendment to the Constitution. Plaintiff seeks

$20,0000,000.00 in compensation.

## DISCUSSION

Plaintiff brings this action under 42 U.S.C. § 1983, asserting that Defendants Rodger

Goodell and Eleanor Seavey of the NFL violated his rights under the Fifth Amendment. Section

1983 provides redress for a deprivation of federally protected rights by persons acting under

color of state law. 42 U.S.C. § 1983; *Flagg Bros., Inc. v. Brooks*, 436 U.S. 149, 155-57 (1978). A

claim for relief under § 1983 must allege facts showing that each defendant acted under the color

of a state "statute, ordinance, regulation, custom or usage." 42 U.S.C. § 1983. Private parties are

therefore not generally liable under the statute. *Sykes v. Bank of America*, 723 F.3d 399, 406 (2d

Cir. 2013) (citing *Brentwood Acad. v. Tenn. Secondary Sch. Athletic Ass'n*, 531 U.S. 288, 295

(2001)); *see also Ciambriello v. Cnty. of Nassau*, 292 F.3d 307, 323 (2d Cir. 2002) ("[T]he

United States Constitution regulates only the Government, not private parties."). As Defendants

Goodell and Seavey are private parties who do not work for any state or other government body,

Plaintiff has not stated a claim against these defendants under § 1983.

District courts generally grant a *pro se* plaintiff an opportunity to amend a complaint to

cure its defects, but leave to amend is not required where it would be futile. *See Hill v. Curcione*,

657 F.3d 116, 123–24 (2d Cir. 2011); *Salahuddin v. Cuomo*, 861 F.2d 40, 42 (2d Cir. 1988).

Because the defects in Plaintiff's complaint cannot be cured with an amendment, the Court

declines to grant Plaintiff leave to amend his complaint.

## CONCLUSION

The Clerk of Court is directed to assign this matter to my docket, mail a copy of this

order to Plaintiff, and note service on the docket. Plaintiff's complaint, filed *in forma pauperis*

under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). ASll other

pending matters are terminated.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to docket this as a "written opinion" within the meaning of Section 205(a)(5) of the E-Government Act of 2002.

SO ORDERED.

Dated:    October 25, 2019
          New York, New York

                                        COLLEEN McMAHON
                                        Chief United States District Judge

4



## NATIONAL FOOTBALL LEAGUE

March 18, 2013

**VIA US POSTAL SERVICE**

Leon Ager
#0002170
P.O. Box 1109
Clinton, NC 28329

**Re:  Submission**

Dear Mr. Ager,

Thank you for your interest in submitting a proposal for the NFL's consideration.  Your recent submission has been forwarded to me for response.

While we appreciate your interest in and enthusiasm for the NFL, under our established policy the NFL does not accept unsolicited proposals and therefore is not interested in pursuing your submission.  Any materials that you send to the NFL or any Member Club would be returned to you, unreviewed, under this policy. For that reason, enclosed with this letter I am returning to you the NFL's only copy of your submission.

Please know that we appreciate your integrity and time, and wish you success in your future ventures.

Best regards,

**NATIONAL FOOTBALL LEAGUE**

Eleanor Seavey
Paralegal
NFL Legal Department

Enclosures                                                                              ATTACHMENT - A

Page 1 of 14 Side two

To: National Football League
League office
c/o Commissioner Roger Goodell
850 Park Ave
New York, NY 10017

Mr. Leon M. Ager
P.O. Box 1109
Clinton, NC 283

March 3, 201

ATTACHMENT - C

Dear Commissioner:

My name is Leon M. Ager and I am an inmate at Sampson Correctional Institution in Clinton, North Carolina 28329.

I wrote you a few months back about a plan I came up with called (A Weekend Of Fun & Greatness) that I think will shoot the Pro Bowl ratings to all time highs and the fans will enjoy all the events leading up to Sunday's Pro Bowl game.

The reason in my plans reaching you late? First! I sent them to my sister (Melody McGuire 704-434-2910) with hopes of her typing (she have on disk) them out for me so they would look professional once they reach your desk. But my sister suffers from Lupus and has been in and out of the hospital for months. So I sent them to one of my friends (Sharon Mandosa) that said she would type them for me. I sent them to her over three weeks ago and she said, she really really loved the plan and were going to send them back to me Certified Mail over two weeks ago, which they never reach me! with uncertainty and due to my limited libilities (Incarceration) she may have sent these (my) plans to you without my consent, because I have written her several letters and have called her numerous

subscribed and sworn to before me this _____ day of _____

Signature and seal of clerk of Court or Notary public

My Commission expires _____

Page 2 of 14 "side two"

Commissioner Roger Goodell

Times without a response back, So I am sending My plans without them being typed.

Mr. Goodell, Almost every professional League has an all-star game and special events leading up to the all-star game so fans can get excited and ready to see their favorite players. These all star games are played Midway doing the season. Have you or the league ever thought about playing the Pro Bowl Midway doing the season? I know you Mentioned about going to a 18 games schedule, If this ever happens, then the Pro Bowl game being played Midway in the season might be the perfect Solution, because teams would get two weeks off a season 1.) Being the week off from their bye week and 2.) A week off for the Pro Bowl Game. If the season stays at it's Normal 16 games schedule and if you do not cancel the Pro Bowl then you and the league still May be interested in implementing (A Weekend of Fun: Greatness).

I have implemented several ideas for (A Weekend of Fun Greatness). Friday Night Flag Football Game, Saturday Night Blast (17 Events) and the most intriguing event is allowing fans to vote one player into Pro Football Hall of Fame "Example Enclosed with Plans" through text Message on NFL.com or a special site "fansvotehalloffame.com" Set up for voting. These fans are allowed to start voting at the beginning of Friday Night Flag football game and ending at 12:08 PM Saturday Night, so special agency can tally up all votes for Pro Football Hall of Fame winner. Giving fans a chance to vote one player into Pro Football Hall of Fame each year will Make them feel more appreciative by the league and more involved.

Subscribed and sworn to before Me this _____ day of _____

My Commission expires _____

Page 3 of 4 "Side Two"
Commissioner Roger Goodell

with the league and full of anticipation being able to see the fruits of their voting when you reveal winning player at halftime of the Pro Fast ball game and place Gold Pro Football Hall of Fame jacket on him.

Commissioner, If you or the league decides to implement any of my ideas. I would like to receive 5% off Television ratings revenue and 5% off Hall of Fame Text Message voting revenues and all expense paid trip to the Pro Bowl for my four sons, grandson, Mother and brother

Thanks for your time and hopefully my ideas will be of some enlightment to you and the National Football league and to the many fans all over the United States and other Countries that is able to see the Most excitement and favorite sport of all times. May you Continue your success as Commissioner as you make the league and players more discipline and a safer field for players to play on.

P.S. Doing A Weekend of Fun: Greatness
you can have special events set up
for fans and kids to enjoy themselves,
win prizes and meet different players
from around the league.

Sincerely,
Leon M. Ager

CC: Melody Mc'Guire
    Sharon Mandosa
    Personal

Subscribed and Sworn to before Me this _____ day of _____

_____   My Commission expires _____
Signature and Seal of clerk of Court or Notary Public

# Pro Bowl Weekend
## A Weekend of Fun & Greatness

A list of Events each Night

<u>Friday Night</u> – Announcement of Seven players on fans to vote one into Pro Football Hall of Fame.

Show special clippings of the 7 players playing days.

Reading of rules and regulations on voting for players.

<u>Flag Football Game.</u>

At Halftime of Flag Football game – one lucky fan will get a chance to win a Car/Money "sponsor of event" by kicking a 30/35 yard field goal or throwing a football through a tire 20/25 yards away.

<u>Saturday Night Blast</u> – 7 Events

1.) Tug-A-War "7 offense of Lineman from NFC, 7 Defense of Lineman from NFC, 7 offense of Lineman from AFC and 7 Defense of Lineman from AFC.

2.) Longest Throw of A Football – 7 special team players from NFC and 7 special team players from AFC

3.) Hitting Moving Targets – 7 Quarter backs from NFC and 7 Quarterbacks from A

4.) Bench Press 225 Reps The Most – 7 Linebackers from NFC and 7 Linebackers from A

5.) The Strongest NFL Player – 7 players selected by Commissioner, League or Fan ballo

6.) The Fastest Man In NFL – 7 players from NFC and 7 players from AFC

7.) Final and Main Event: Obstacle Course 7 Defense Backs, 7 Running Backs an 7 Wide Receivers

<u>Friday Night and Saturday Night</u>: Throughout Events fans are still voting for the Favorite player through text Message whom they want to make into Hall of Fam

<u>Sunday Pro Bowl Game</u>: At halftime of Game the 7 players from Hall of Fame list will be present on field as commissioner open up sealed envelop and reveal the chosen player # fans has voted for and receive his Gold Hall o Fame jacket.

Subscribed and sworn to before Me this _____ day of _____

My Commission Expires _____

# Fans Hall of Fame Voting

Give all NFL Fans a chance to vote one player into
Pro Football Hall of Fame each year whom should have made it
example: Harvey Martin | Chuck Foreman | etc.

Ken Anderson | Jim Plunkett
Henry Ellard | Jason Seahorn
Drew Pearson | Lester Hayes

Make a list of all players that had outstanding Careers in the league,
but has gone unnoticed by the Hall of fame Committee
Once the list has been Made — Give fans a chance to vote from list
like fans vote for Pro bowl players" once all votes are tallied up from
fans voting for the player of their choice who they want to make it
into the Pro football Hall of fame.

The League will only reveal these 7 players with the most votes from
fans at the beginning of Friday Night Flag football game with special clippings
of their playing days. Once Small segments of each player has been shown.
The League will discuss the rules and regulations on voting for one of
the 7 players and how to vote for them (NFL.Com, ... etc through text message)
Doing the course of events Friday and Saturday night fans are constantly
voting (Text message) throughout America from the list of 7 players that they
want to make it into Pro Football Hall of Fame.

<u>Saturday Night at 12:00 PM Voting Stops</u>

By allowing fans to vote one player into the Pro Football Hall of Fame each
year will create unity amongst fans and league.
I am sure by the league implementing this plan will bring excitement and
anticipation amongst fans waiting on the Pro Bowl and special events each
year, so they can see their favorite players in events and feel like
a part of the NFL league (like Green Bay Packers investing fans) instead of
Paying top dollars for tickets and never feeling apart of anything.

Subscribed and sworn to before me this _____ day of _____

My Commission expires _____

Page 6 of 14 sided

# Friday Night Events

) The 7 players with the Most Votes that fans voted for throughout America out of the (200/300/400...etc) Former players from ballot will be revealed.

2.) The Commissioner will Announce these 7 players fans can vote one into Pro Football Hall of Fame.

3.) Special clippings of these 7 player playing days will be shown.

4.) Reading of Rules and Regulations on voting for player.

5.) Flag Football Game.

    Options on Selecting Two Teams.

7.) College Draft picks against Draft picks from previous year.

B.) Rookies against Veteran players

C.) Rookies against Retirees

D.) Veteran players against Retirees

6.) One lucky fan will get a chance to win Car (Ford/Gm) or Cash (Coke/Sponsor) by kicking 30/35 yard field goal or throwing A Football through a tire 20/25 yards out?

All doing the course of events fans are constantly voting (Text Message) for their favorite player they want to make it into Pro Football Hall of Fame.

Subscribed and Sworn to before Me this _____ day of _____

                                                    My Commission Expires _____

Signature and Seal of Clerk of Court or Notary Public

Page 7 of 14" side 7

# Saturday Night Blast

.) Tug-A-War: 4 teams "7 offense of Lineman from NFL, 7 Defense of Lineman from NFL, 7 offense of Lineman from AFC an 7 Defense of Lineman from AFC.

2.) Longest Throw of A Football: 7 special team players from NF and 7 special team players from AFC.

3.) Hitting Moving Targets: 7 Quarter backs from NFC and 7 Quarterbacks from AFC

4.) Bench Press 225 pounds The Most: 7 Linebackers from NFC an 7 Linebackers from AFC.

5.) The Strongest NFL player: 7 players selected by NFL Commisioner, League or Fan ballot.

6.) The Fastest Man in NFL: 7 players from NFC and 7 players from AFC

7.) Final and Main Event Obstacle Course: 7 Defense Backs, 7 Running Backs and 7 Wide Receivers

All doing the course of events fans are constantly voting (Text Message) for their favorite player they want to make it into Pro Football Hall of Fame.

"Voting for Hall of Fame player stops at 12:00 PM Saturday Nite

Subscribed and Sworn to before Me this _____ day of _____

Signature and Seal of Clerk of Court or Notary Public    My Commission expires_____

# Saturday Night Blast

1st Event Tug-A-War : 4 teams Consist of 7 players per team

This Event is for Defense and Offense of Lineman

7 Defense of Lineman from NFC (7 players - 6 for event and 1 alternate)
7 Offense of Lineman from NFC (7 players - 6 for event and 1 alternate)
7 Defense of Lineman from AFC (7 players - 6 for event and 1 alternate)
7 Offense of Lineman from AFC (7 players - 6 for event and 1 alternate)

Double Elimination.

NFC Defense of Lineman against AFC Defense of Lineman
NFC Defense of Lineman against AFC offense of Lineman
AFC Offense of Lineman against NFC offense of Lineman
AFC Defense of Lineman against NFC offense of Lineman

Once the best teams has been determined from double elimination. The last two teams standing where it be NFC defense against the NFC offense or vice versa will play for 1st place $35,000 /$5,000 each player and runners up $14,000 /$2,000 each player or whatever Monetary value deemed by sponsor of event.

2nd Event Longest Throw of A Football. This Event is for Special team players 7 Special Team players from NFC and 7 Special team players from AF

Each player gets one practice throw before Event starts. which ever player throws the longest length of the football field wins. If there is a tie from their throws ~ Each player from tie will get one throw a piece to determine winner. Top thrower wins $20/$25,000 and runners up $15,000 or whatever Monetary value deemed by sponsor of event.

Subscribed and sworn to before me this _____ day of _____

Signature and seal of clerk of court or Notary Public — My Commission expires _____

3rd Event Hitting Moving Targets. This Event Is For Quarterbacks 7 Quarterbacks From NFC and 7 Quarterbacks from AFC.

each Quarterback will get a chance to hit Moving targets with Bullseye on them. 25 points for hitting "Red" bullseye, 15 points for hitting "yellow" around the bullseye and 10 points for hitting "Blue" around yellow of bullseye. The Quarterback with the Most points Win. If there is a tie for any reason. Each player from tie will repeat event until winner is determined. Winner 20/25,000 and runners up 15/15,000 or whatever Monetary Value deemed by sponsor of event.

4th Event Bench Press 225 Pounds The Most Reps In One Minute. This Event Is For Linebackers 7 Linebackers From NFC And 7 Linebackers from AFC.

Each Linebacker has one Minute to bench press 225 pounds the Most reps win. If there is a tie for any reason — The players with ties will repeat event until winner is determined. Winner 20/25,000 and runners up 10/15,000 or whatever Monetary Value deemed by sponsor of event.

5th Event The Strongest Man In NFL. 7 players From Around the League Will Be Selected By Commissioner, League or Fans Ballot through Weight charts From Teams Workout And through word Of Mouth From Players And Coaches From Around the League who Says the Strongest Players Each player will test their Strength by Squatting, Benching and Dead lift the Most weight for a Combine Score to determine winner and runner up. If there is a tie for any reason — The player with ties will repeat exercises until winner is determined. The Winner 30/35,000 runners up 15/20,000 or whatever Monetary Value deemed by Sponsor of event.

Subscribed and Sworn to before me this _____ day of _____

,th Event The Fastest Man in NFL'. 7 Players from the NFC and 7 Players from AFC. These 14 Players will be selected by NFL Commissioner and word of mouth from Players and Coaches from around the League on who's the fastest Player.

Each one of the 14 Players will have one shot as they are timed in the 45 yard dash. The top 7 runners speed out of 14 will then line up on track or football field and have an all out race in the 100 yards. If there is a tie for any reason to determine the 7 runners for the 100 yards — They will repeat 45 yard dash until 7 runners are determined. If there is a tie in the 100 yard dash then the players with ties will repeat event until winner is determined. The winner $30/35,000$ and runners up $25/25,000$ or whatever monetary value deemed by sponsor of event.

7th And Final Event The Obstacle Course — (This Event will be set up by Experts for Safety Purposes) This Event is for Defense Backs Running Backs and Wide Receivers. 7 Defense backs, 7 Running Backs and 7 Wide Receivers will be selected by league or fans ballot to vote on Players — The same way it is done when Fans vote for Pro Bowl Players.

The winner of this event will receive 50,000 dollars and 50,000 dollars for charity of his choice and runners up will receive 30,000 dollars and 30,000 dollars for charity of his choice.

# No Player Can Enter Two Events — only one event! By allowing Players to Compete in only one event, It Broadens the field for more players to participate.

Subscribed and Sworn to Before me this _____ day of _____

My Commission expires _____

There should be 7 different sponsors for each event with biggest sponsor sponsoring the Main event (obstacle course) due to it is paying the highest prize Money. If sponsor is not willing to pay the 50,000 dollars and 35,000 dollars for charity Maybe the league will match offer of winner and runners up in the obstacle course.

The NFL can also match the winnings of each winner and runners up of every event, by donating these dollars to charities of these players choice. I think by tapping into different charities all across America through the different players home-towns will enhance the morale of fans and boost the ratings of Pro Bowl weekend.

Subscribed and Sworn to before me this _____ day of _____

My commission expires _____

Signature and seal of clerk of court or Notary Public

The league can use some of the text Message profits from fans voting for their Hall of Fame player to Match each player winnings from sponsors of each event, to donate, to players charities of their choice. If the league decides to go in this direction of Matching winners and runners up charit (In the Tug-A-war event, each of the 7 players of winners and runners up team will pick charity of their choice - Example ($3 000 dollars for winning team, $5,000 each player and $5,000 to each player charity of choice) and the same applies to runner up team (14,000 dollars for runners up, $2,000 each player and $2, to each player charity of choice.)

If the league does decide to Match winners and runners up winnings for charity of their (Player) choice. These donations can benefit a multitude of needed people in NFL players home towns all across America, In locations never seen or heard of, but in need of assistance.

Subscribed and sworn to before Me this _____ day of _____

_____   My Commission expires _____
signature and seal of clerk of court or Notary Public

# Sunday Pro Bowl Game

The Prs Bowl Game: (I think switching locations of the Pro Bowl each year or every 2/3 in NFL team stadiums is also a good idea, so fans can attend the game in cities near them and see some of their favorite players. (I think implementing this system will boost ratings besides the game being played in Hawaii each year.)

Halftime of Game: The 7 players fans voted for in the Hall of Fame voting will be present at midfield as Commissioner "Roger Goodell" announce each player and opens up the seal envelop and reveals the winner by fans choice to enter into Pro Football Hall of Fame as the commissioner/Family member places Gold Hall of Fame jacket on him.

Subscribed and sworn to before me this _____ day of _____

Signature and seal of clerk of court or Notary Public — My Commission expires _____

State Of North Carolina
Sampson County

# AFFIDAVIT

Hereby Is A List Of Fourteen pages (side two) Plan For A Weekend Of Fun & Greatness Presented To Commissioner Roger Goodell And The National Football League

Page 1-3 A letter to Commissioner Roger Goodell explaining My plan, If he and League implement My plan (A Weekend Of Fun & Greatness) I would like to receive 5% Revenue off Television Ratings, and 5% Revenue off Hall Of Fame Text Message voting and a all expense paid trip to Pro Bowl for My four Sons, Grandson, Mother and Brother.

Page 4 A Layout Of Events (Announcement of 7 players fans can vote for into Pro Football Hall Of Fame, showing LMR # special clippings of players playing days, Reading of Rules and Regulations on how fans vote for players, Friday Night Flag Football Game, Halftime of Game one lucky fan will win Car/Money by Sponsor, Saturday Night Blast "7 Events" All Through out Events fans are constantly voting for their favorite player whom they want to make it into Hall Of Fame, Voting stops at 12:05 PM Saturday Night, Sunday Pro Bowl Game at halftime the Commissioner will reveal winning player fans voted on to enter into Pro Football Hall Of Fame.

Page 5 Fans Hall Of Fame Selection (Example and Rules on How to elect 7 players.

Page 6 Friday Night Events options on selecting two teams for Flag Football Game, Halftime Lucky Fan Can win Car/Money by kicking a 135 Yard field goal or throwing Football through tire 20/25 Yard line more

# UNITED STATES
## POSTAL SERVICE ®

# PRIORITY ®
# MAIL



RECEIVED
APR 28 2025
CLERK'S OFFICE
S.D.N.Y.

VISIT US AT USPS.COM ®
ORDER FREE SUPPLIES ONLINE

FLAT RATE ENVELOPE

E RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

RACKED ■ INSURED

EP14F October 2023
OD: 12 1/2 x 9 1/2



PS00001000014

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**PRIORITY MAIL®**

UNITED STATES POSTAL SERVICE®

RECEIVED
APR 29 2025
PRO SE OFFICE

FOR DOMESTIC AND INTERNATIONAL USE

FROM:
Billy F. Larkin #0490310
Caswell Correction Center
444 County Home Rd
Blanch, NC 27210

TO:
Office of The Clerk
US Court House
500 Pearl St.
New York, New York 10007-1310

Label 228, December 2023

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

**PRIORITY MAIL**

how2recycle.info
PAPER POUCH

restrictions apply).*

nd many international destinations.

n form is required.

claims exclusions see the
bility and limitations of coverage.




USPS.COM/PICKUP

how2recycle.info
PAPER POUCH

UNITED STATES POSTAL SERVICE.  Retail

US POSTAGE PAID
$10.10

Origin: 28112
04/23/25
3651770820-13

**PRIORITY MAIL®**

0 Lb 7.30 Oz

RDC 03

C099

EXPECTED DELIVERY DAY: 04/28/25

SHIP
TO:
500 PEARL ST
NEW YORK NY 10007-1316

USPS TRACKING® #



9505 5141 9804 5113 1560 69