April 20, 2025

Office of the Clerk
United States Court House
~~United States District Court~~
Southern District of New York
500 Pearl St.
~~500 Quarropas Street~~
New York, NY 10007-1312
~~White Plains, New York 10601~~

25 CV 3630

RE: Complaint Filing

Dear Clerk:

Please find enclose complaint entitled, Ager and Larkin v. Commissioner Roger Goodell, et al, for filing.

I am request a docket sheet, as well as 35 summons forms, and copy of the complaint with stamped file no.

Thank you for your usual, kind cooperation

*Billy F. Larkin*

Larkin, Billy F. #0490312
Caswell Correctional Center
444 County Home Road
Blanch, North Carolina 27212