RECEIVED
JUN 18 2025
PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEON MAURICE AGEE; BILLY F. LARKIN,
PLAINTIFFS,

V

COMMISSIONER, ROGER GOODELL, ET AL.,
DEFENDANTS.

CASE NO: 25-CV-3630 (LTS)

SECOND SUPPLEMENT TO EMERGENCY MOTION FOR PRELIMINARY INJUNCTION

1. THE PURPOSE OF THIS SECOND SUPPLEMENT IS TO BRING TO THE COURTS ATTENTION THE ISSUE OF THE PUBLIC INTEREST PURSUANT TO THE NFL CONSTITUTION AS FOLLOWS:

2. THIS ACTION SEEK TO REFRAIN AND ENJOIN DEFENDANTS FROM PROMOTING THE 2026 PRO BOWL.

3. THIS ACTION IS FIRMLY GROUNDED IN THE PUBLIC INTEREST, AND, THE NFL SERVE THE LARGEST PUBLIC INTEREST IN AMERICAN SPORTS.

4. IN 2013, THE NFL FOSTERED A CULTURE THAT SUBJECTED PRO

Bowl Participants To The Risk Of Career-Ending Injuries By Requiring Players To Participate In Full-Contact Football With Pads.

5. The Player's Health And Safety Formed The Bases For Plaintiff's Proposal Whose Key Feature Was Flag-Football, Which Is Now A Part Of The Pro Bowl, And Players Starring In The 2028 Olympics.

6. It Is Evident Defendants Fraudulently Appropriated Plaintiffs Proposal For This Purpose, And Unjust Enrichment.

7. Reed V Goodell, ET AL, 2015WL 1333481 Is Further Evidence Of Defendants Immoral, Oppressive, Unscrupulous And Injurious Business Practices Protected By The NFL Constitution And Bylaws Pursuant To Unsolicited Proposals.

8. The NFL Constitution Provide Prima-Facie Evidence Of Implicit Disparate Treatment Pursuant To The Suppression Of African American Team Ownership.

9. The Public Interest Has Become Far More Salient As The NFL Have Attracted Criticism Of The Members Of A Good Ol' Boy Trade Association Whose Constitution And Bylaws Lack Transparency.

10. It Appears White Skin Carries Entitlement To Billions In Unjust Profits Pursuant To Plaintiffs Proposal, At The Exclusion Of African American Team Owners With Consperatorial Intent To Perserve Status Quo

Elitism.

11. The NFL Has Neglected The Public Interest In African American Team Ownership. Systemic Barriers Has Denied The Rise Of African American Team Ownership Throughout The History Of The NFL. The NFL Has Repeatly Justified A Failure To Enact A Rooney-Style Rule Into Its Constitution And Bylaws.

12. Because African Americans Are Not Allowed Access To The Table, No American Of African Decent Sat At The Table At The 2013 Owner's Meeting When The Conspiracy Was Formulated To Appropriate The African American Plaintiffs Proposal, And 2015 WL 1333481.

13. Defendants Acted With Discriminatory Intent And Motive And The Promotion Of Post-2013 Pro Bowls Are Fraudulent, Deceiving, And Misleading To The Public Interest. Thus, Plaintiffs Will Seek To Amend This Action To Include Disparate Treatment Pursuant To The NFL Constitution And Bylaws.

14. Judicial Consideration Of The Public Interest Is Paramount And Something Constitutionally Committed To. This Emergency Preliminary Injunction Entail Public Interest Review, Involvement Of The Public, And Media Parties. The Public Would Not Be Disserved By A Preliminary Injunction.

15. The Public Interest Persists Because It Is A Right Pursuant

TO THE 4TH AND 15TH AMENDMENTS. THE NFL STEPPED AWAY FROM THE PUBLIC INTEREST AND THE UNITED STATES CONSTITUTION PURSUANT TO ITS TRADE ASSOCIATION CONSTITUTION AND BYLAWS WHICH PRESENT A CONSTITUTIONAL QUESTION. THE COURT SHOULD INTERPET THE EFFECTS OF THE LACK OF PUBLIC INTEREST STANDARDS PURSUANT TO THE DEFENDANTS CONSTITUTION AND BYLAWS.

16. FOR THE ABOVE-STATED REASON, UNLESS PLAINTIFFS IS GRANTED INJUNCTIVE RELIEF, THE PUBLIC INTEREST, AND PLAINTIFFS WILL SUFFER IRREPARABLE HARM, FROM WHICH THE PUBLIC, NOR PLAINTIFF HAVE ANY ADEQUATE REMEDY AT LAW.

RESPECTFULLY SUBMITTED

DATED: THE 6 DAY OF JUNE, 2025

[signature]

LEON MAURICE AGER # 0002170
CASWELL CORRECTIONAL CENTER
444 COUNTY HOME ROAD
BLANCH, NC 27212

[signature]

LARKIN, BILLY F. # 0490312
CASWELL CORRECTIONAL CENTER
444 COUNTY HOME ROAD
BLANCH, NC 27212

JUNE 9, 2025

CLERK OF COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK, NEW YORK 10007

RE: LEON MAURICE AGEX; BILLY F. LARKIN V. ROGER GOODELL, ETAL
CASE NO: 25-CV-3630 (LTS)

DEAR CLERK:

PLEASE FIND ENCLOSED THE SECOND SUPPLEMENT TO EMERGENCY MOTION FOR PRELIMINARY INJUNCTION FOR FILING.

THANK YOU FOR YOUR USUAL, KIND COOPERATION.

Billy F. Larkin

LARKIN, BILLY F. #0490312
CASWELL CORRECTIONAL CENTER
444 COUNTY HOME ROAD
BLANCH, NORTH CAROLINA 27212

LARKIN, BILLY F. #0490312
CASWELL CORRECTIONAL CENTER
444 COUNTY HOME ROAD
BLANCH, NORTH CAROLINA 27212

Legal Mail

prose




GREENSBORO NC 270
PIEDMONT TRIAD AREA
31 DEC 2001 PM 6 L

RECEIVED
JUN 17 2025
CLERK'S OFFICE
S.D.N.Y.

RECEIVED
JUN 18 2025
PRO SE OFFICE

Clerk of Court
United States District Court
Southern District of New York
U.S. Courthouse, 500 Pearl Street
New York, New York 10007

10007#1315