June 23, 2025

Pro Se, Office of Clerk
United States District Court
Southern District of New York
U.S. Courthouse, 500 Pearl Street
New York City, New York 10007

RECEIVED
JUL 07 2025
PRO SE OFFICE

RE: Leon Maurice Agee; Billy F. Larkin √ Roger Goodell, et al.
    Case No: 25-cv-3630 (LTS)

Dear Sir/Madam:

Please Find Enclosed, Plaintiffs Amended Complaint For Filing.

Thank You For Your Usual, Kind Cooperation.

Billy F. Larkin

Larkin, Billy F. #0490312
Caswell Correctional Center
444 County Home Road
Blanch, North Carolina 27212

United States District Court

Southern District of New York

**RECEIVED**

**JUL 0 7 2025**

**PRO SE OFFICE**

Leon Maurice Ager; Billy F. Larkin,

Plaintiffs,

Case No: 25-CV-3630 (LTS)

✓

Plaintiffs Amended Complaint

Alleging Fraud, Conspiracy, Unjust

Enrichment, Breach of Contract,

Commissioner Roger Goodell, et al,

Quantum Meruit, Continuing Wrong

Defendants.

Doctrine, Disparate Treatment

      Comes Now Plaintiffs, Leon Maurice Ager; Billy F. Larkin,

Pro Se, Pursuant to Fed. Rule. Civ. Proc. Rule 15(a)(1) And Before Being Served

With Responsive Pleading Serve This First Amended Complaint to Properly Invoke

Diversity Jurisdiction And To Include Continuous Wrong Doctrine, Disparate Treatment.

                 Nature Of Action

      1. In February 2013, NFL Player, Arian Foster Publically Stated

Players Opposition To Playing Full-Contact Football In The Pro Bowl Games,

Due To A High Risk Of Career-Ending Injuries.

      2. Roger Goodell Publically Stated A Threat To Throw In The Towel On

THE PRO BOWL, DUE TO FANS DECLINING INTEREST.

3. IN MARCH 2013, PLAINTIFFS MAILED AN UNSOLICITED PROPOSAL TO THE COMMISSIONER, ENTITLED, "A WEEKEND OF FUN AND GREATNESS" THAT FEATURED CHALLENGES, INCLUDING FLAG-FOOTBALL THAT ADDRESSED PLAYERS' CONCERNS.

4. ON MARCH 18, 2013, THE COMMISSIONER AND NFL CLUB MEMBERS HELD AN ANNUAL MEETING IN PHEONIX, ARIZONA.

5. ON MARCH 18, 2013, PLAINTIFFS PROPOSAL WAS RETURNED WITH A LETTER FROM ELEANOR SERVEY STATING THE NFL DON'T ACCEPT UNSOLICITED PROPOSALS.

6. IN JANUARY 2014, THE PRO BOWL WAS MOVED FROM HAWAII TO PHEONIX AND PLAYED A WEEK PRIOR TO THE SUPER BOWL, PURSUANT TO THE PROPOSAL.

7. ON INFORMATION AND BELIEF, DEFENDANT RECOGNIZED THE PROPOSAL AS A GAME CHANGER AT THEIR MARCH 18, 2013 MEETING. ON INFORMATION AND BELIEF, THERE WAS A MEETING OF THE MINDS TO APPROPRIATE THE PROPOSAL AND NOT COMPENSATE PLAINTIFFS.

8. THE PROPOSAL INTRODUCED REVOLUTIONARY CONCEPTS THAT ACHIEVED INSTANT SUCCESS, INCLUDING SKILLS CHALLENGES EVENTS, FEATURING QUARTER-BACKS HITTING MOVING TARGETS, AN OBSTACLE COURSE, NFL PLAYES COMPETING WITH HIGH-SCHOOL STUDENTS IN FLAG-FOOTBALL.

9. AS A RESULT OF THE PROPOSAL, THE NFL PROVIDED GRANT TO THE

2.

National Junior College Athletic Association To Promote Women's Flag-Football, Community And Charity Initiatives, And In September 2023, The NFL Players Association Agreed To Play Flag-Football At The Pro Bowl.

10. On Information And Belief, The Proposal Led To NFL Players Competing In The 2028 Olympics, Forming The Bases For This Action.

11. Defendants Appropriation Of Plaintiffs Proposal Has Resulted In Patents, Trademarks, And Copyrights. By This Action, Plaintiffs Seeks To To Right All Wrongs And Obtain Just Compensation.

Jurisdiction And Venue: Parties

12. The Court Has Jurisdiction Over This Matter, Pursuant to 2 8 U.S.C.A. 1332, There Is Complete Diversity Between The Parties, And The Amount In Controversy Exceed $75,000. The Court Has Personal Jurisdiction Over Defendants In This Action.

13. Venue Is Proper In This Court, Pursuant To 2 8 U.S.C.A. 1391. The National Football League Has Its Principal Place Of Business In The State Of New York Where Commissioner Roger Goodell Is The Chief Executive Officer, And Direct, Control And Coordinate NFL Activities With 32 Member Clubs. The Commissioner And Team Owners Are Citizens Of States Other Than Plaintiffs, Specifically:

14. Plaintiff Leon Maurice Ager Is A Citizen Of The State Of North

3.

Carolina.

15. Plaintiff, Billy F. Larkin is a citizen of the State of North Carolina.

16. Defendant, Roger Goodell is a citizen of the State of New York.

17. Defendant, Eleanor Jeanney is a citizen of the State of New York

18. Defendant, Bill Bidwill is a citizen of the State of Arizona.

19. Defendant, Arthur Blank is a citizen of the State of Georgia.

20. Defendant, Steve Bisciotti is a citizen of the State of Maryland,

21. Defendant, Kim Pegula is a citizen of the State of Florida.

22. Defendant, David Tepple is a citizen of the State of New Jersey.

23. Defendant, Virginia Mc Caskey is a citizen of the State of Illinois.

24. Defendant, Mike Brown is a citizen of the State of Ohio.

25. Defendant, Jimmy Haslam is a citizen of the State of Tennessee.

26. Defendant, Jerry Jones is a citizen of the State of Texas

27. DEFENDANT, JIM IRSAY, IS A CITIZEN OF THE STATE OF INDIANA.

28. DEFENDANT, BOB WALTON IS A CITIZEN OF THE STATE OF COLORADO.

29. DEFENDANT, SHEILA HAMP IS A CITIZEN OF THE STATE OF MICHIGAN.

30. DEFENDANTS, GREEN BAY PACKERS, INC ARE CITIZENS OF THE STATE OF WISCONSIN.

31. DEFENDANT, JANICE MCNAIR IS A CITIZEN OF THE STATE OF TEXAS.

32. DEFENDANT, SHAHID KHAN IS A CITIZEN OF THE STATE OF FLORIDA.

33. DEFENDANT, CLARK HUNT IS A CITIZEN OF THE STATE OF TEXAS.

34. DEFENDANT, MARK DAVIS IS A CITIZEN OF THE STATE OF NEVADA.

35. DEFENDANT, DEAN SPANOS IS A CITIZEN OF THE STATE OF CALIFORNIA.

36. DEFENDANT, STAN KROENKE IS A CITIZEN OF THE STATE OF COLORADO.

37. DEFENDANT, STEPHEN ROSS IS A CITIZEN OF THE STATE OF FLORIDA.

38. DEFENDANT, ZYGI WILF IS A CITIZEN OF THE STATE OF NEW JERSEY.

39. DEFENDANT, ROBERT KRAFT IS A CITIZEN OF THE STATE OF MASSACHUSETTS.

5.

40. DEFENDANT, GAYLE BENSON IS A CITIZEN OF THE STATE OF LOUISIANA.

41. DEFENDANT, STEVE TISCH IS A CITIZEN OF THE STATE OF NEW JERSEY.

42. DEFENDANT, ROBERT JOHNSON IS A CITIZEN OF THE STATE OF FLORDIA

43. DEFENDANT CHRISTINE LURIE IS A CITIZEN OF THE STATE OF PHILADELPHIA.

44. DEFENDANT ART ROONEY IS A CITIZEN OF THE STATE OF PHILADELPHIA.

45. DEFENDANT, DENISE DEBARTOLO IS A CITIZEN OF THE STATE OF OHIO.

46. DEFENDANT, JODY ALLEN IS A CITIZEN OF THE STATE OF WASHINGTON.

47. DEFENDANT, BRYAN GLAZER IS A CITIZEN OF THE STATE OF FLORDIA.

48. DEFENDANT, AMY STRUNK IS A CITIZEN OF THE STATE OF CALIFORNIA.

49. DEFENDANT, JOHN HARRIS IS A CITIZEN OF THE STATE OF NEW YORK.

### FIRST CLAIM FOR RELIEF - FRAUD

50. PLAINTIFFS INCORPORATE AND REALLEGE PARAGRAPHS 1 THROUGH 49 OF THIS COMPLAINT.

51. ON MARCH 18, 2013, DEFENDANTS FALSELY AND WITH INTENT

6.

To Defraud Plaintiffs By Representing To Plaintiff's The NFL Did Not Accept Unsolicited Proposals, Pursuant To The NFL Constitution.

52. That Representation Was False In Fact And Known To Be False At The Time Defendants Ordered Plaintiffs Proposal Returned, Enabling Defendant To Fraudulent Benefit From Plaintiffs Proposal For Over A Decade, Thereby, Giving The Pro Bowl A Commercial Value It Would Not Otherwise Have.

53. The Honorable Judge Colleen McMahon Cited Clear Merits In Plaintiffs Assertions In An October 25, 2019 Order That States " But In January 2014 The NFL Moved The Pro Bowl Game From Hawaii To Arizona Playing It A Week Before The Super Bowl As Plaintiff Proposed In His Plan". (See Attachment-1)

54. The Nature Of Defendants' Fraudulent Was Operated In A State Of Perpetium, Evidences By The Judge Stating " Further, In January 2018 The NFL Held The Pro Bowl In Orlando, Florida, And Featured Skill Challenges, Including A Few Of The Events Proposed In Plaintiffs' Plan."

55. Pursuant To The Continuing Wrong Doctrine, The Judge Aptly Summarized The Assertions In This Complaint, Stating " Because Of The Changes, NFL Fans Have Become More Involved And The Pro Bowl Rating Are Higher. (See Attachment-2)

56. The Application Of The Continuous Wrong Doctrine Is

Predicated on Continuous Wrongful Acts. As The Court Order Demonstrate, There Is No Final Act For The Pro Bowl Continues Yearly, Giving Rise To Successive Damages.

57. Development Of Plaintiffs 2013 Proposal Required Years Of Testing And Implementation, Years Of Fraud And Conspiracy. The Initial Stage As Cited By Judge Mc Mahon's 10-25-2019 Order, Was Not A Separate And Complete Wrong, But Simply A First Stage In A Course Of Fraudulent Conduct That Is Continuous. Thus, Plaintiffs Claim Continuous Accruement Is With Each Yearly Promotion Of The Pro Bowl.

58. The Addition Of Flag-Football Is A Verbatim Reprint From Plaintiffs Proposal And Introduced Well Outside The Initial Limitation Period, There Is Actionable Direct Fraud That Triggers Liability For NFL Players Participating In The Pro Bowl Games, As Well As The Summer Games In The 2028 Olympics, Both Derived From Plaintiffs Proposal.

59. Defendants Actions Constitute Fraud And Continue To Be Intentional, Willful And Without Regard For Plaintiffs Right To Compensation.

60. Plaintiffs Are Informed And Believe, And On The Bases Of The Court's 10-25-2019 Order, That Defendants Has Gained Profits By Virtue Of Fraud.

61. Plaintiffs, And The Public Interest Has Sustained Damages As A Direct And Proximate Result Of Defendants Fraud To Be Proven At Trial.

62. Because Defendants Actions Have Been Willful, Plaintiffs Are Entitled To Defendants' Profits, Post-2013 Pro Bowls, And, This Being An Exceptional Case, Pursuant To The Public Interest, Plaintiffs Are Entitled To A Preliminary Injunction. Unless Enjoined, Defendants Will Continue Defendants' Fraudulent Conduct.

## Second Claim For Relief-Conspiracy

63. Plaintiffs Incorporates And Reallege Paragraphs 1 Through 62 Of This Complaint.

64. The Courts' 10-25-2019 Order Is Prima Facie Proof Of Defendants' Conspiracy Consisting Of A Continuing Agreement And Under-Standing To Fraudulently Appropriate Plaintiffs Proposal, Rather Than Innovate And Develope Defendants' Own Concepts To Save The Pro Bowl.

65. Reed V Goodell Is Further Proof Of Defendants Immoral, Oppressive, Unscrupulous And Injurious Business Practices Protected By The NFL Constitution And Bylaws Pursuant To Unsolicited Proposals. 2015 WL 13333481. (See Attachment-3)

66. The Language And Reasoning Of Judge McMahon's Order Refers To NFL Fans Becoming More Involved In The Pro Bowl Due To The Change In Format, Only Underscores The Impact A Conspiracy Of Defendants Conspiracy Pursuant To The Public Interest Constitutional Rights Pursuant To The 4th And 15th Amendments To The United States Constitution.

9.

67. The Strong Public Interest in the Validity of the Pro Bowl and the NFL Constitution's Bylaws Present a Constitutional Question. This Court Should Interpret the Effects of the Lack of Public Interest Standards Pursuant to a Trade Association's Constitution.

68. The Public Interest Has Become Far More Salient, Making the Pro Bowl a Global Brand While the Defendants Constitution and Bylaws Lack Transparency in This Matter

69. Plaintiffs Are Informed and Believe, and on That Bases, Alleges That Defendants Has Gained Profits By Virtue of Defendanty Conspiracy. Thus, Plaintiffs Has Sustained Damages As A Direct and Proximate Result of Defendants Conspiracy, in An Amount To Be Proven At Trial.

70. Because Judicial Consideration of the Public Interest is Paramount and Something Constitutionally Committed To, Plaintiffs Are Entitled To A Preliminary Injunction. Unless Enjoined, Defendants Will Continue The Pro Bowl Conspiracy.

THIRD CAUSE OF ACTION - BREACH OF CONTRACT

71. Plaintiffs Incorporates and Realleges Paragraphs 1 Through 70 of This Complaint.

72. The Facts And Circumstances Between Plaintiffs And The Defendants As Cited in Judge Mc Mahon's 10-25-19 Order Gave Rise To A

10.

Quasi-Contract Obligation Implied When The NFL Moved The Pro Bowl From Hawaii To Arizona And Hosted It A Week Prior To The Superbowl. That Was A Small Portion Of A Much Larger Quasi-Contract For Services To Protect NFL Players From The Risk Of Career-Ending Injury With The Introduction Of Flag-Football.

73. A Quasi-Contract Provide The Service That Proposed Moving The Pro Bowl Games From Hawaii To The Mainland To Allow Fans To Witness The Pro Bowl A Stadiums Across America, Pursuant To The Public Interest.

76. Further Benefits Conferred On Defendants By Plaintiffs Proposal Included, The Tug-A-War Event, The Fastest Man In The NFL Event, The Obstacle-Course Event, And NFL Players Donating To The Charities Of Their Choice Known As "My-Cleats".

77. Flag-Football Is At The Root Of The Quasi-Contractual Relationship. In 2013, The NFL Fostered A Culture That Subjected Pro Athletes To The Risk Of Season-Ending Injury Playing Full Contact Football In The Pro Bowl. Health And Safety Formed The Bases For Plaintiffs Proposal Whose Key Feature Was Flag-Football, Now The Highlight Of The Pro Bowl, With The NFC Verses The AFC, With Legendary Quarterback, Eli And Payton Manning Coaching.

78. The Rendered Services In The Quasi-Contractual Relathon-Ship Propelled Flag-Football To The 2028 Olympic Games, Featuring The NFL Players That Benefitted From The Originality And Creativity Of Plaintiffs Proposal.

11.

79. Plaintiffs Established The Necessary Element To Prevail On Plaintiffs Quasi-Contract Claim, Due To A Conferral Of Compensation Of 5% Of TV Ratings Revenues Via Plaintiffs Proposal, Which, As The 10-25-2019 Court-Order Depict, Was Read By Defendants, And Agreed To

80. Defendants Has Been Unjustly Enriched, Giving Rise To Plaintiffs Entitlement To Damages Pursuant To Breach Of A Quasi-Contract And Compensation In Quantum Meruit.

81. Plaintiffs Are Informed And Believe, And On That Bases Allege Defendants Has Gained Profits By Virtue Of Their Fraudulent Breach Of A Quasi-Contract.

82. Plaintiffs Also Has Justained Damages As A Direct And Proximate Result Of Defendants Breach In An Amount To Be Proved At Trial.

83. Because Defendants Action Have Been Willful, Plaintiffs Are Entitled To Defendants Profits, Post-2015, And, This Being An Exceptional Case, Pursuant To The Public Interest, Plaintiffs Are Entitled To A Preliminary Injunction, Unless Enjoined, Defendant Will Contiue To Breach A Quasi-Contract.

<u>Fourth Claim For Relief-Unjust Enrichment</u>

84. Plaintiffs Incorporates And Realleges Paragraphs 1 Through 83 Of This Complaint.

85. Judge McMahon's 10-25-2019 Order States, "Because of The Changes, NFL Fans Have Become More Involved And The Pro Bowl Ratings Are Higher, Implying That Defendants Was Unjustly Enriched By By The Economic Value Of Plaintiffs' Proposal In The Context Of Advertising And Marketing The Pro Bowl.

86. Plaintiffs' Proposal's Commercial Value Unjustly Enriched Defendants And Made The Pro Bowl The Entertainment Product That Billions Of Fans Worldwide Enjoy. The Fact Defendant Was Without Consent Or Compensation Must Be Measured Pursuant To Quantum Meruit And Unjust Enrichment.

87. This Action Is Firmly Grounded In The Public Interest. The NFL Serve The Largest Public Interest In American Sports. Enforcement Of The Unjust Enrichment Rule Serve The Public Interest And Sounded In The Law Of Restitution. Defendants Accordingly Owe The Plaintiffs' A Remedy Sounding In Restitution.

88. Pursuant To The Court's 10-25-2019 Order, The Unconstitutionality Of The NFL Constitution And Bylaws Allow The Right Of Commercial Value Unjust Enrichment. The Court Should Recover The Proposal's Value.

89. Defendants Recieved A Commercial Windfall From Plaintiffs' Proposal That Created The Concept And The Popularity Of Flag-Football By The Pro-Bowl, Now Played By NFL Players, Who Are Expected To Compete In The 2028 Summer Olympics.

90. As A Result Of The NFL's Unconstitutional Bylaws, Defendants Recieved And Retained Unjust Commercial Benefits To The Detriment Of Plaintiffs. Post-2018 Pro Bowl Was Built Entirely On Monetizing The Value Of Plaintiffs Proposal. It Would Be Equally Unjust If The Court Permit Defendants To Retain The Value Of Plaintiffs Commercial Property And Any Profits Earned Thereof.

91. Plaintiffs Seeks An Accounting And Disgorgement Of All Ill-Gotten Gains And Profits Resulting From Defendants Inequitable Activities.

92. Plaintiffs Has Sustained Damages As A Direct And Proximate Result Of Defendants Unjust Enrichment In An Amount To Be Proven At Trial.

93. Because Defendants Actions Has Been Willful, Plaintiff Are Entitled To Defendants Profits, Post-2018 Pro Bowl, And, This Being An Exceptional Case, Pursuant To The Public Interest, Plaintiffs Are Entitled To A Preliminary Injunction. Unless Enjoined, Defendants Will Be Unjustly Enriched By The 2026 Pro Bowl.

Fifth Claim To Relief - Disparate Treatment

94. Plaintiff Incorporates And Realleg Paragraph 1 Through 93 Of This Complaint.

95. The 10-25-2019 Court Order Employed A Threshold Subject

14.

Matter Inquiring Summarily Recounts of Facts And Implied That The Issues Surrounding This Action Are Clearly Unquestionably, Or Certainly As Alleged.

96. In 2013, Player Interest In Participating In The Pro Bowl Had Eroded, Resulting In A Decline In Interest From The Fans. Plaintiffs Proposal Breathed New Life Into The Pro Bowl, Fostering Fan Loyalty, Contributing To Mass Attendance At Stadiums And Global Television Viewership.

97. For Over A Decade - Since 2013, Plaintiffs Proposal Gave Defendants A Framework To Enhance, And Has Enhanced To Pro Bowl Promoted To The Public As Enhancement From Sources Within The NFL.

98. The Public Relations Entity For Defendants Orchestrated A Decade-long Promotion Of Deceit And Deception To The Public Constituting A Violation Of The Public Trust.

99. Plaintiffs, With Good Faith, Reasonably Believe Defendants Engaged In Disparate Treatment In The Appropriation Of Plaintiffs Proposal. On Information And Belief, Defendants Has Known Internally That The Creators Of The Proposal Are Black And Incarcerated And Endeavored To Keep That Fact Out Of The Public Domain, Due To Defendants Nonconsequentialist Or Deontological View Of The Black Incarcerated Plaintiffs.

100. Plaintiffs Are Victims Of Defendants Track Record On Race. In The 100+ Year History Of The NFL, There Has Been No Black

15.

Majority Team Owners, Or Black Commissioner. With The Player Population At 75% Black There Is No One That Look Like Those Black Players In Decision-Making Roles, In A League That Popular In A Diverse Group Of Markets.

101. This Action Involve Defendants Who Act As One, Who Speak With One Voice. Such Commonality Of Interest Exist In Every Cartel. Here, White Skin Carries Entitlement, At The Exclusion Of Any Black Majority Team Owners With Disparate Intent To Perserve Status-Quo Elitism.

102. Defendant Has Never Lived Up To Publically Stated Committ-ments To Diversity, Inclusion And Equity Pursuant To Black Majority Team Ownership And Repeatily Justified A Failure To Enact A Rooney-Style Rule Requiring Black Majority Team Ownership Into The NFL Constitution And Bylaws.

103. Notably The Court's 10-25-2019 Order Made No mention Of The Impact Of The Decade Long Realization Of Disparate Treatment Directed At At Plaintiffs Who Are Black And Banished To Prison.

104. The Gravamen Of This Action Is Defendants' Decade-Plus Disparate Treatment As Defendants' Motivation By Virtue Of The Immense Public Interest At Stake, Pursuant To The Pro Bowl And Defendants Deonto-logical View Of Plaintiffs. Such View Was Not Only Mentally, But At The Core Of Plaintiffs Black Identity. Plaintiffs Experienced Psycological Symptoms, Including Depression, Deep Sense Of Isolation, Self Hatred.

105. Defendants' Actions Constitute Disparate Treatment And Continue To Be Intentional Willful And Without Regard For The A Decade Worth Of Disparate Treatment

106. Plaintiffs Are Informed And Believe, And On That Bases, The 10-25-2019 Court Order, Defendants Has Gained Profits By Virtue Of Disparate Treatment.

107. Plaintiffs Has Sustained Great Psychological Damages As A Direct And Proximate Result Of Defendants' Disparate Treatment To Be Proven At Trial.

108. Because Defendants' Actions Has Been Willful, Plaintiff Are Entitled To Defendants Profits Post 2013 Pro Bowls, And, This Being An Exceptional Case, Pursuant To The Public Interest, Plaintiffs Is Entitled To A Preliminary Injunction, Unless Enjoined, Defendants Will Continue Defendants' Disparate Treatment.

Wherefore, Plaintiffs Prays For Relief, As Follows:

1. A Judgement Awarding Plaintiffs All Damages Adequate To Compensate Plaintiffs For Fraud, Conspiracy, Breach Of Contract, Unjust Enrichment And Disparate Treatment At The Maximum Rate Permitted By Law.

2. A Judgement Awarding Plaintiffs All Damages, Including Treble Damages Pursuant To The Above-Stated Allegations

17.

3. An Accounting Of Defendants Profits Pursuant To Post-2013 Pro Bowls

4. Award Punitive Damages Pursuant To Continuous Wrong Doctrine

5. Restitionary Relief Against Defendants Are In Favor Of Plaintiffs, Including Disgorgment Of Wrongfully Obtained Profits And Any Other Appropriate Relief

6. The Public Has A Legitimate Interest In The Allegation Of This Action. Plaintiffs Request A Preliminary Injunction To Enjoin Defendants Promotion Of The 2026 Pro Bowl. Further, Public Interest Favor Granting The Preliminary Injunction Pursuant To A Prima Facie Showing Of The Unconstituality Of The NFL Constitution And By Laws Prior To An Authoritative Review To Determine The Critical Factor Of The Public Interest. The Public Would Not Be Disserved By A Preliminary Injunction

7. Any Other Remedy To Which Plaintiffs May Be Entitled, Including All Remedies Pursuant To And Under, Any Other Law,

## Demand For Jury Trial

Pursuant To Rule 38(b) Of The Federal Rules Of Civil Procedure, Plaintiffs Demand Trial By Jury On All Issues Raised By This Complaint.

Respectfully Submitted

DATED: THE 2.3 DAY OF JUNE , 2025.


LEON MAURICE AGEE # 0002170

CASWELL CORRECTIONAL CENTER

444 COUNTY HOME ROAD

BLANCH, NORTH CAROLINA 27212


LARKIN BILLY F. # 0490312

CASWELL CORRECTIONAL CENTER

444 COUNTY HOME ROAD

BLANCH, NORTH CAROLINA 27212

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEON MAURICE AGER, | |
| Plaintiff, | 19-CV-8250 (CM) |
| -against- | ORDER OF DISMISSAL |
| RODGER GOODELL; ELEANOR SEAVEY, | |
| Defendants. | |

COLLEEN McMAHON, Chief United States District Judge:

Plaintiff, currently incarcerated at Alexander Correctional Institution in Taylorsville,

North Carolina, brings this *pro se* action under 42 U.S.C. § 1983. He asserts that Defendants

violated his rights under the Fifth Amendment by stealing his idea of "A Weekend of Fun and

Greatness" for the National Football League (NFL) Pro Bowl game. By order dated October 18,

2019, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in*

*forma pauperis.*[1] For the reasons set forth in this order, the Court dismisses this action.

## STANDARD OF REVIEW

The Court must dismiss a complaint, or portion thereof, that is frivolous or malicious,

fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant

who is immune from such relief. 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b); *see Abbas v. Dixon*, 480

F.3d 636, 639 (2d Cir. 2007). The Court must also dismiss a complaint when the Court lacks

subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3). While the law mandates dismissal on

any of these grounds, the Court is obliged to construe *pro se* pleadings liberally, *Harris v. Mills*,

572 F.3d 66, 72 (2d Cir. 2009), and interpret them to raise the "strongest [claims] that they

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been
granted permission to proceed *in forma pauperis. See* 28 U.S.C. § 1915(b)(1).

ATTACHMENT- 1

*suggest*," *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474-75 (2d Cir. 2006) (internal quotation marks and citations omitted) (emphasis in original).

## BACKGROUND

Plaintiff brings this action against Rodger Goodell, the Commissioner of the NFL, and Eleanor Seavey, a paralegal with the NFL Legal Department. The following facts are taken from the complaint. On March 6, 2013, after reading a newspaper article concerning talks of the NFL cancelling the Pro Bowl game, Plaintiff wrote Goodell about a plan for a "Weekend of Fun and Greatness," which would move the Pro Bowl game from Hawaii to different stadiums and feature skill events. On March 18, 2013, Plaintiff received a letter from Seavey, informing him that the NFL and its club members did not accept unsolicited proposals, along with a copy of his unreviewed plan.

But in January 2014, the NFL moved the Pro Bowl game from Hawaii to Arizona, playing it a week before the Super Bowl, as Plaintiff had proposed in his plan. Further, in January 2018, the NFL held the Pro Bowl in Orlando, Florida, and featured skill challenges, including a few of the events proposed in Plaintiff's plan. The NFL had never done skill challenges or moved the Pro Bowl from Hawaii to other stadiums until after Plaintiff presented his plan for a Weekend of Fun and Greatness. Because of the changes, NFL fans have become more involved and the Pro Bowl ratings are higher.

Plaintiff believes that Goodell read and liked his plan and decided to implement it. He claims that Goodell and Seavey conspired to steal his plan without providing him any compensation, thus violating the Fifth Amendment to the Constitution. Plaintiff seeks $20,0000,000.00 in compensation.

2

## DISCUSSION

Plaintiff brings this action under 42 U.S.C. § 1983, asserting that Defendants Rodger Goodell and Eleanor Seavey of the NFL violated his rights under the Fifth Amendment. Section 1983 provides redress for a deprivation of federally protected rights by persons acting under color of state law. 42 U.S.C. § 1983; *Flagg Bros., Inc. v. Brooks*, 436 U.S. 149, 155-57 (1978). A claim for relief under § 1983 must allege facts showing that each defendant acted under the color of a state "statute, ordinance, regulation, custom or usage." 42 U.S.C. § 1983. Private parties are therefore not generally liable under the statute. *Sykes v. Bank of America*, 723 F.3d 399, 406 (2d Cir. 2013) (citing *Brentwood Acad. v. Tenn. Secondary Sch. Athletic Ass'n*, 531 U.S. 288, 295 (2001)); *see also Ciambriello v. Cnty. of Nassau*, 292 F.3d 307, 323 (2d Cir. 2002) ("[T]he United States Constitution regulates only the Government, not private parties."). As Defendants Goodell and Seavey are private parties who do not work for any state or other government body, Plaintiff has not stated a claim against these defendants under § 1983.

District courts generally grant a *pro se* plaintiff an opportunity to amend a complaint to cure its defects, but leave to amend is not required where it would be futile. *See Hill v. Curcione*, 657 F.3d 116, 123–24 (2d Cir. 2011); *Salahuddin v. Cuomo*, 861 F.2d 40, 42 (2d Cir. 1988). Because the defects in Plaintiff's complaint cannot be cured with an amendment, the Court declines to grant Plaintiff leave to amend his complaint.

## CONCLUSION

The Clerk of Court is directed to assign this matter to my docket, mail a copy of this order to Plaintiff, and note service on the docket. Plaintiff's complaint, filed *in forma pauperis* under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). ASll other pending matters are terminated.

To: National Football League
     League office
  c/o Commissioner Roger Goodell
     850 Park Ave
New York, NY 10017

Leon M. Ager
P.O. Box 1109
Clinton, NC 28329

March 3, 2013

ATTACHMENT- 2

Dear Commissioner:

My Name is Leon M. Ager and I am an inmate at Sampson Correctional Institution in Clinton, North Carolina 28329. I wrote you a few Months back about a plan I came up with called (A Weekend Of Fun & Greatness) that I think will shoot the Pro Bowl ratings to all time highs and the fans will enjoy all the events leading up to Sunday's Pro Bowl game.

The reason in My plans reaching you late? First! I sent them to my sister (Melody McGuire 704-434-2410) with hopes of her typing (she have on disk) them out for Me so they would look professional once they reach your desk, But my sister suffers from Lupus and has been in and out of the hospital for Months, so I sent them to one of My friends (Sharon Mandosa) that said, she would type them for me. I sent them to her over three weeks ago and she said, she really really loved the plan and were going to send them back to me certified Mail over two weeks ago, which they never reach me! with uncertainty and due to my limited libilities (Incarceration) she May have sent these (My) plans to you without My Consent, because I have written her several letters and have called her numerous

subscribed and sworn to before Me this _____ day of _____

My Commission expires _____

Signature and Seal of Clerk of Court or Notary public

ATTACHMENT- C

age 2 of 14 "side two"

commissioner Roger Goodell

imes without a response back, So I am sending My plans without them being typed.

Mr. Goodell, Almost every professional League has an all-star game and special events leading up to the all-star game so fans can get excited and ready to see their favorite players. These all-star games are played Midway doing the season. Have you or the league ever thought about playing the Pro Bowl Midway doing the season? I Know you Mentioned about going to a 18 games schedule, If this ever happens, then the Pro Bowl game being played Midway in the season Might be the perfect solution, because teams would get two weeks off a season 1.) Being the week off from their bye week and 2.) A week off for the Pro Bowl Game. If the season stays at it's Normal 16 games schedule and if you do not cancel the Pro Bowl, then you and the league still May be interested in implementing (A Weekend of Fun! Greatness).

I have implemented several ideas for (A Weekend of Fun! Greatness). Friday Night Flag Football Game, Saturday Night Blast (7 events) and the Most intriguing event is allowing fans to vote one player into Pro Football Hall of Fame "Example Enclosed with Plans" through text Message on NFL.com or a special site "fansvotehalloffame.com" set up for voting. These fans are allowed to start voting at the beginning of Friday Night flag football game and ending at 12:00 PM Saturday Night, So special agency can tally up all votes for Pro Football Hall of Fame winner. Giving fans a chance to vote one player into Pro Football Hall of Fame each year will

make them feel More appreciated by the league and More involved

Subscribed and sworn to before Me this _____/_____ day of _____

My Commission expires _____

Signature and seal of Clerk of Court or Notary Public

Commissioner Roger Goodell

with the league and full of anticipation being able to see the fruits of their voting when you reveal winning player at halftime of the Pro Football game and place Gold Pro Football Hall of Fame jacket on him.

Commissioner, If you or the league decides to implement any of my ideas. I would like to receive 5% off Television ratings revenues and 5% off Hall of Fame Text Message voting revenues and all expense paid trip to the Pro Bowl for my four sons, grandson, Mother and brother.

Thanks for your time and hopefully my ideas will be of some enlightment to you and the National Football league and to the many fans all over the United States and other Countries that is able to see the most excitement and favorite sport of all times. May you Continue your success as Commissioner as you make the league and players more discipline and a safer field for players to play on.

P.S. Doing A Weekend of Fun: Greatness you can have special events set up for fans and kids to enjoy themselves, win prizes and meet different players from around the league.

Sincerely,
Leon M. Ajer

C. Melody McGuire
    Sharon Mandosa
    Personal

Subscribed and Sworn to before me this _____ day of

Signature and Seal of Clerk of Court or Notary Public    My Commission expires _____

Pro Bowl Weekend

A Weekend of Fun & Greatness

A list of events each Night

<u>Friday Night</u> - Announcement of Seven players on fans to vote one into Pro Football Hall of Fame.

Show special clippings of the 7 players playing days.

Reading of rules and regulations on voting for players.

Flag Football Game.

At Halftime of flag football game - one lucky fan will get a chance to win a Car / Money "sponsor of event" by Kicking a 30/35 yard field goal or throwing a football through a tire 20/25 yards away.

<u>Saturday Night Blast</u> - 7 Events

1.) Tug-A-War " 7 offense of Lineman from NFC, 7 Defense of Lineman from NFC, 7 offense of Lineman from AFC and 7 Defense of Lineman from AFC.

2.) Longest Throw of A Football - 7 special team players from NFC and 7 special team players from AFC

3.) Hitting Moving Targets - 7 Quarter backs from NFC and 7 Quarterbacks from AFC

4.) Bench Press 225 Reps The Most - 7 Linebackers from NFC and 7 linebackers from AFC

5.) The Strongest NFL Player - 7 players selected by Commissioner, League or Fan ballots

6.) The Fastest Man In NFL - 7 players from NFC and 7 players from AFC

7.) Final and Main Event: Obstacle Course 7 Defense Backs, 7 Running Backs and 7 Wide Receivers

<u>Friday Night and Saturday Night</u>: Throughout Events fans are still voting for their favorite player through text Message whom they want to make into Hall of Fame.

<u>Sunday Pro Bowl Game</u>: At halftime of Game the 7 players from Hall of Fame not will be present on field as Commissioner open up sealed envelop and reveal the chosen player fans has voted for and receive his Gold Hall of _____.

Subscribed and sworn to before me this _____ day of _____

Signature and seal of clerk of Court or Notary Public   My Commission Expires _____

## Fans Hall Of Fame Voting

Give all NFL Fans a chance to vote one player into Pro Football Hall Of Fame each year whom should have made it example:

| Harvey Martin | Chuck Foreman | etc. |
| Ken Anderson | Jim Plunkett | |
| Henry Ellard | Jason Seahorn | |
| Drew Pearson | Lester Hayes | |

Make a list of all players that had outstanding careers in the league, but has gone unnoticed by the Hall of fame committee Once the list has been made — Give fans a chance to vote from list like fans vote for Pro bowl players" once all votes are tallied up from fans voting for the player of their choice who they want to make it into the Pro football Hall of Fame.

The League will only reveal these 7 players with the most votes from fans at the beginning of Friday Night Flag football game with special clippings of their playing days. Once small segments of each player has been shown.

The League will discuss the rules and regulations on voting for one of the 7 players and how to vote for them (NFL. Com, ... etc through text message.) During the course of events Friday and Saturday night fans are constantly voting (Text message) throughout America from the list of 7 players that they want to make it into Pro Football Hall of Fame.

### Saturday Night at 12:00 PM Voting Stops!

By allowing fans to vote one player into the Pro Football Hall of Fame each year will create unity amongst fans and league.

I am sure by the league implementing this plan will bring excitement and anticipation amongst fans waiting on the Pro Bowl and special events each year. So they can see their favorite players in events and feel like part of the NFL league (Like Green Bay Packers investing fans) instead of being tax dollars for stadiums and money for him, etc. and (something)

Subscribed and sworn to before me this _____ day of _____

Signature and seal of clerk of court or Notary Public   My commission expires _____

# Friday Night Events

1.) The 7 players with the Most votes that fans voted for throughout America out of the (20s/30s/40s...etc) Former players from ballot will be revealed.

2.) The Commissioner will Announce these 7 players fans can vote one into Pro Football Hall of Fame.

3.) Special clippings of these 7 player playing days will be shown.

4.) Reading of Rules and Regulations on voting for player.

5.) Flag Football Game.

Options on Selecting Two Teams.

A.) College Draft picks against Draft picks from previous year.

B.) Rookies against Veteran players

C.) Rookies against Retirees

D.) Veteran players against Retirees

E.) One lucky fan will get a chance to win Car (Ford/GM.) or ash (Coke/sponsor) by kicking 30/35 yard field goal or throwing a Football through a tire 20/25 yards out?

All doing the course of events fans are constantly voting (Text Message) for their favorite player they want to make it into Pro Football Hall of Fame.

Subscribed and Sworn to before Me this _____ day of _____

Signature and Seal of Clerk of Court or Notary Public    My Commission Expires _____

# Saturday Night Blast

1.) Tug-A-War: 4 teams "7 offense of Lineman from NFC, 7 Defense of Lineman from NFC, 7 offense of Lineman from AFC and 7 Defense of Lineman from AFC.

2.) Longest Throw of A Football: 7 special team players from NFC and 7 Special team players from AFC.

3.) Hitting Moving Targets: 7 Quarter backs from NFC and 7 Quarterbacks from AFC

4.) Bench Press 225 pounds The Most: 7 Linebackers from NFC and 7 Linebackers from AFC.

5.) The Strongest NFL player: 7 players selected by NFL Commissioner, League or Fan ballot.

6.) The Fastest Man in NFL: 7 players from NFC and 7 players from AFC

7.) Final and Main Event Obstacle Course: 7 Defense Backs, 7 Running Backs and 7 Wide Receivers

-All doing the course of events fans are constantly voting (Text Message) for their favorite player they want to make it into Pro Football Hall of Fame.

"Voting for Hall of Fame player stops at 12:00 PM Saturday Night"

Subscribed and sworn to before me this _____ day of _____

ignature and Seal of clerk of court or Notary Public        My Commission expires_____

# Saturday Night Blast

1st Event Tug-A-War: 4 teams Consist of 7 players per team

This Event is for Defense and Offense of Lineman.

7 Defense of Lineman from NFC (7 players - 6 for event and 1 alternate)
7 Offense of Lineman from NFC (7 players - 6 for event and 1 alternate)
7 Defense of Lineman from AFC (7 players - 6 for event and 1 alternate)
7 Offense of Lineman from AFC (7 players - 6 for event and 1 alternate)

Double Elimination)

NFC Defense of Lineman against AFC Defense of Lineman
NFC Defense of Lineman against AFC offense of Lineman
AFC offense of Lineman against NFC offense of Lineman
AFC Defense of Lineman against NFC offense of Lineman

Once the best teams has been determined from double elimination.
The last two teams standing where it be NFC defense against the
NFC offense or Vice Versa will play for 1st place $35,000/5,000 each
player and runners up $14,000 $2,500 each player or whatever Monetary
value deemed by sponsor of event.

2nd Event longest Throw of A Football. This Event is For Special
Team players 7 special Team players from NFC and 7 special team players from AFC.

Each player gets one practice throw before Event starts.
Which ever player throws the longest length of the football field wins.
If there is a tie from their throws ~ Each player from tie will get
one throw a piece to determine winner. Top thrower wins $20/25,000
and runners up $15,000 or whatever Monetary value deemed by sponsor
of event.

Subscribed and Sworn to before Me this _____ day of _____

signature and seal of clerk of court or Notary Public     My Commission expires _____

rd Event Hitting Moving Targets. This Event Is For Quarterbacks 7 Quarterbacks from NFC and 7 Quarterbacks from AFC.

each Quarterback will get a chance to hit Moving targets with Bullseye on them. 25 points for hitting "Red" bullseye, 15 points for hitting "yellow" around he bullseye and 10 points for hitting "Blue" around yellow of bullseye. The Quarterback with the Most points win. If there is a tie for any reason. Each player from tie will repeat event until winner is deter- mined. Winner $20/$25,000 and runners up $15/$15,000 or whatever Monetary value deemed by sponsor of event.

th Event Bench Press 225 Pounds The Most Reps In One Minute. This Event Is For Linebackers 7 Linebackers From NFC And 7 Lineback- rs from AFC.

Each Linebacker has one Minute to bench press 225 pounds he Most reps win. If there is a tie for any reason — The players with ties will repeat event until winner is determined. Winners 0/$25,000 and runners up $10/$15,000 or whatever Monetary value eemed by sponsor of event.

th Event The strongest Man In NFL. 7 players from Around the League ull Be Selected By Commissioner League or Fans Ballot through weight charts from Teams Workout And through word Of Mouth From Play- rs And Coaches From Around the League Who Says the Strongest Player. each Player will test their strength by Squatting, Benching and Deadlifting he Most weight for a Combine score to determine winner and runners p. If there is a tie for any reason — The player with ties will re- at exercises until winner is determined. The winner $30/$35,000 and aters up $15/$20,000 or whatever Monetary value deemed by sponsor f event.

bscribed and sworn to before me this _____ day of _____

My Commission expires _____

an event the fastest Man in NFL. 7 Players from the NFC and 7 Players from AFC. These 14 Players will be selected by NFL Commissioner and Word of Mouth from Players and Coaches from around the league on who's the fastest Player.

Each one of the 14 Players will have one shot as they are timed in the 45 yard dash. The top 7 runners speed out of 14 will then line up on track or football field and have an all out race in the 100 yards. If there is a tie for any reason to determine the 7 runners for the 100 yards — They will repeat 45 yard dash until 7 runners are determined. If there is a tie in the 100 yard dash, then the players with ties will repeat event until winner is determined. The winner 1st 30/35,000 and runners up 2nd 20/25,000 or whatever monetary value deemed by sponsor of event.

9th And Final Event The **Obstacle Course** — (This Event will be set up by Experts for Safety Purposes) This Event is for Defense Backs, Running Backs and **Wide Receivers**. 7 Defense Backs, 7 Running Backs and 7 Wide Receivers will be selected by **league** or Fans ballot is Vote on Players — The same way it is done when Fans vote for Pro Bowl Players

The winner of this event will receive 50,000 dollars and 50,000 dollars for charity of his choice and runners up will receive 30,000 dollars and 30,000 dollars for charity of his choice.

**= No player Can Enter Two Events — only one Event! By allowing players to Compete in only one Event, It Broadens the field for More players to participate.**

Subscribed and Sworn To before me this _____ day of _____

signature and seal of Clerk of Court or Notary Public   My Commission expires _____

There should be 4 different sponsors for each event with the biggest sponsor sponsoring the Main event (obstacle course) due to it is paying the highest prize money. If sponsor is not willing to pay the 50,000 dollars and 35,000 dollars for charity, maybe the league will match offer of winner and runners up in the obstacle course.

The NFL can also match the winnings of each winner and runners up of every event, by donating these dollars to charities of these players choice. I think by tapping into different charities all across America through the different players home-towns will enhance the morale of fans and boost the ratings of Pro Bowl weekend.

Subscribed and sworn to before me this _____ day of _____

My commission expires _____

Signature and seal of clerk of court or Notary Public

The league can use some of the text message profits from fans voting for their Hall of Fame player to match each player winnings from sponsors of each event, to donate, to players charities of their choice. If the league decides to go in this direction of matching winners and runners up charities. In the Tug-A-War event, each of the 7 players of winners and runners up team will pick charity of their choice - Example ($35,000 dollars for winning team, $5,000 each player and $5,000 to each player charity of choice) and the same applies to runners up team (14,000 dollars for runners up, $2,000 each player and $2,000 to each player charity of choice.)

If the league does decide to match winners and runners up winnings for charity of their (Player) choice. These donations can benefit a multitude of needed people in NFL players home-towns all across America, In locations never seen or heard of, but in need of assistance.

Subscribed and sworn to before me this _____ day of _____

My Commission expires _____

Signature and seal of clerk of court or Notary Public.

# Sunday Pro Bowl Game

<u>The Pro Bowl Game:</u> (I think switching locations of the Pro Bowl each year or every 2/3 in NFL team stadiums is also a good idea, so fans can attend the game in cities near them and see some of their favorite players. (I think implementing this system will boost ratings besides the game being played in Hawaii each year.)

<u>Halftime of Game:</u> The 7 players fans voted for in the Hall of Fame voting will be present at midfield as Commissioner "Roger Goodell" announce each player and opens up the seal envelop and reveals the winner by fan's choice to enter into Pro Football Hall of Fame as the commissioner/family member places Gold Hall of Fame jacket on him.

Subscribed and sworn to before me this —————— day of ——————

——————————————————————— My Commission expires ——————
Signature and seal of clerk of court or Notary Public

State Of North Carolina
Sampson County

# AFFIDAVIT

Hereby Is A List of fourteen pages (Side two) Plan For
A Weekend Of Fun: Greatness
Presented. To Commissioner Roger Goodell
And The National Football League

## ATTACHMENTS

Page 1-3 A letter to Commissioner Roger Goodell explaining My plan,
The and League implement My plan (A Weekend Of Fun: Greatness)
I would like to receive 5% Revenue Off Television Ratings, and
5% Revenue off Hall Of Fame Text Message Voting and a all expense
Paid trip to Pro Bowl for My four Sons Grandson, Mother and Brother.

Page 4 A Layout Of Events (Announcement of 7 players fans can vote
one into Pro Football Hall Of Fame, Showing LoLA special clippings of players
playing days, Reading of Rules and Regulations on how fans vote for
players, Friday Night Flag Football Game, Halftime of Game one lucky fan
can win Car/Money by sponsor, Saturday Night Blast "7 Events". All through-
out Events fans are constantly voting for their favorite player whom
they want to Make it into Hall Of Fame, Voting stops at 12:05 PM Satur-
day Night, Sunday Pro Bowl Game at halftime the Commissioner will re-
real winning player fans voted on to enter into Pro Football Hall Of Fame.

Page 5 Fans Hall Of Fame Selection (Example and Rules on How to
Select 7 players)

Page 6 Friday Night Events options on selecting two teams for
Flag Football Game, Halftime Lucky Fan Can win Car/Money by Kicking a
30/35 Yard field goal or          Football through tire 20/25 yards away

Page 7 Saturday Night Blast Diagram First day of games and entertain
fans.

Page 8 Tug-A-War 4 Teams - 7 Defense of Lineman from **NFC** and 7
Offense of Lineman from **NFC** and 7 Defense of Lineman from **AFC** and 7
Offense of Lineman from **AFC** Compete against each team (Double Elimination

Page LMA The longest Throw of A Football - This event is for Special Team
Players 7 Players from NFC and 7 Players from AFC.

Page 9 Hitting Moving Targets - 7 Quarterbacks from NFC and 7 Quarterbacks
from AFC, Bench Press 225 Pounds The Most Reps - Event is for Line
backers 7 Linebackers from NFC and 7 Linebackers from AFC. The Strong
est Man in NFL These 7 Players are selected from around the League

Page 10 The Fastest Man IN NFL. 7 Players from NFC and 7 players
from AFC Compete for the fastest player and Final **Event** Obstacle
Course This event is for 7 Defense Backs 7 Running Backs and 7 wide
receivers. No Player can compete In Two Events.

Page 11 Explaining sponsorship for Events / NFL can match winnings
of winners and runners up charities of choice.

Page 12 Explaining on how league can use some of the text
message voting profits to cover cost for players to donate
to charities

Page 13 Sunday Pro Bowl Game - Halftime of Game Players from
Hall of Fame voting will be Midfield and winner will receive their
Gold Hall of Fame Jacket

Page 14 "Side Two" **AFFIDAVIT**

| | |
|---|---|
| SWORN AND SUBCRIBED TO BEFORE ME | Date 5 March 2013 |
| Signature of Person Authorized To Administer oath | |
| Title   Notary   Public | Name Leon M. Agee |
| I Notary   My Commission expires Dec 09 /13 | |
| Seal   County where Notarized | |



### NATIONAL FOOTBALL LEAGUE

March 18, 2013

**VIA US POSTAL SERVICE**

Leon Ager
#0002170
P.O. Box 1109
Clinton, NC 28329

**Re:  Submission**

Dear Mr. Ager,

Thank you for your interest in submitting a proposal for the NFL's consideration.  Your recent submission has been forwarded to me for response.

While we appreciate your interest in and enthusiasm for the NFL, under our established policy the NFL does not accept unsolicited proposals and therefore is not interested in pursuing your submission.  Any materials that you send to the NFL or any Member Club would be returned to you, unreviewed, under this policy. For that reason, enclosed with this letter I am returning to you the NFL's only copy of your submission.

Please know that we appreciate your integrity and time, and wish you success in your future ventures.

Best regards,

**NATIONAL FOOTBALL LEAGUE**

Eleanor Seavey
Paralegal
NFL Legal Department

ATTACHMENT - 3

Enclosures







Pro Se Office of Clerk
United States District Court
Southern District of New York,
U.S. Courthouse, 500 Pearl Street
New York City, New York 10007

Mailed From
Caswell Correctional Center # 4415



LAR
CASE
444 County Home Road
Blanch, North Carolina 27212

RECEIVED
JUL 07 2025
PRO SE OFFICE

Legal Mail