UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
LEON MAURICE AGER, et al.,                          :
:
Plaintiffs,        :
:        25-CV-3630 (JMF)
-v-                              :
:                 ORDER
:
ROGER GOODELL, et al.,                              :
:
Defendants.       :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On June 4, 2025, the Court denied Plaintiffs' motion for a preliminary injunction. ECF No. 9. On July 17, 2025, the Court denied Plaintiffs' motion for reconsideration of its prior Order. ECF No. 14. On September 9, 2025, Plaintiffs filed a new motion for a preliminary injunction. ECF No. 21. Plaintiffs' motion is DENIED, substantially for reasons stated in the Court's earlier Orders. Among other things, Plaintiffs fail to demonstrate that they would suffer irreparable harm in the absence of an injunction, both because they appear to have waited for years to seek relief and because any harm could be remedied through monetary damages. *See, e.g.*, ECF No. 9 (citing *Sibanda v. Elison*, No. 23-CV-5752 (JMF), 2023 WL 7165046, at *1 (S.D.N.Y. Oct. 31, 2023), and *Monowise Ltd. Corp. v. Ozy Media, Inc.*, No. 17-CV-8028 (JMF), 2018 WL 2089342, at *1 (S.D.N.Y. May 3, 2018)).

      Plaintiffs are cautioned that filing additional motions for preliminary relief (or for reconsideration), absent a material change in circumstances, may result in sanctions.

      The Clerk of Court is directed to terminate ECF No. 21 and mail a copy of this Order to Plaintiffs.

      SO ORDERED.

Dated: September 11, 2025
       New York, New York                 _____
                                                         JESSE M. FURMAN
                                               United States District Judge