UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
LEON MAURICE AGER et al.,                                              :
:
        Plaintiffs,            :  25-CV-3630 (JMF)
:
   -v-                                                  :  <u>ORDER</u>
:
ROGER GOODELL et al.,                                                  :
:
        Defendants.            :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

  On July 18, 2025, the Court directed the Clerk of Court to issue a summons as to Defendants in this case and directed Plaintiffs to serve the summonses and complaint on Defendants within 90 days of issuance of the summons. *See* ECF No. 18. The Clerk of Court issued the summons on July 22, 2025. ECF No. 19.

  On October 17, 2025, Plaintiffs filed a request for a Certificate of Default from the Clerk of Court. *See* ECF No. 23. In their request, Plaintiffs state that they duly served Defendants via first-class mail on July 29, 2025, but the docket does not reflect that the Complaint or summons was ever served on the Defendants. Accordingly, it is hereby ORDERED that Plaintiffs, pursuant to Rule 4(l) of the Federal Rules of Civil Procedure, file proof of service with the Court by **November 3, 2025**.

  If Plaintiffs fail to file proof of service, the Court may dismiss the case against Defendants, under Rules 4 and 41 of the Federal Rules of Civil Procedure, for failure to prosecute.

  The Clerk of the Court is directed to mail a copy of this Order to Plaintiffs.

  SO ORDERED.

Dated: October 20, 2025           _____
   New York, New York          JESSE M. FURMAN
                    United States District Judge