UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
LEON MAURICE AGER et al.,                                            :
:
Plaintiffs,                                                          :
:        25-CV-3630 (JMF)
-v-                                                                  :
:        ORDER
ROGER GOODELL et al.,                                                :
:
Defendants.                                                          :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Pursuant to the Court's October 21 Order, ECF No. 24, Plaintiffs were required to file proof of service, the contents of which are described therein, by November 3, 2025. To date, Plaintiffs have not filed proof of service. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 20, 2025**. Failure to file proof of service by that deadline will result in the case being dismissed for failure to prosecute without further notice.

     The Clerk of the Court is directed to mail a copy of this Order to Plaintiffs.

     SO ORDERED.

Dated: November 7, 2025
      New York, New York
                                    JESSE M. FURMAN
                                United States District Judge