UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
LEON MAURICE AGER et al., :
:
                         Plaintiffs, :
:    25-CV-3630 (JMF)
       -v- :
:    ORDER TO SHOW
ROGER GOODELL et al., :    CAUSE
:
                         Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On November 6, 2025, Plaintiffs filed a letter, ECF No. 25, that purports to provide proof of service pursuant to this Court's October 20, 2025 Order. *See* ECF No. 24. In the letter, Plaintiffs state that they mailed a copy of the summons and complaint to each defendant. The Court, however, has doubts about whether service was proper. The "proof of service" in Plaintiffs' letter does not confirm that they accomplished service in accordance with Rule 4 of the Federal Rules of Civil Procedure and/or Article 3 of New York's Civil Practice Law and Rules (the "NY CPLR"). To the extent that Plaintiffs rely on Section 312-A of the NY CPLR for service, they must make an affirmative showing that they complied with all of that Section's requirements and file Defendants' "signed acknowledgement of receipt" that constitutes proper proof of service. N.Y. C.P.L.R. § 312-a(b).

       Accordingly, it is hereby ORDERED that Plaintiffs shall, no later than **November 24, 2025**, communicate with the Court, in writing, as to whether service on Defendants was proper. If the Court does not receive any communication from Plaintiffs by **November 24, 2025**, the Court will deem the prior service improper and may dismiss the case for failure to prosecute without further notice. The Clerk of the Court is directed to mail a copy of this Order to Plaintiffs.

       SO ORDERED.

Dated: November 10, 2025
       New York, New York
                                                  JESSE M. FURMAN
                                                  United States District Judge