UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                       :

LEON MAURICE AGER et al.,          :

                  Plaintiffs,   :
                       :        25-CV-3630 (JMF)
      -v-                   :
                       :          ORDER
ROGER GOODELL et al.,          :

                  Defendants.  :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       To the extent that Plaintiffs' recent submissions, *see* ECF Nos. 34, 35, 36, request guidance from the Court or its staff, the request must be and is DENIED because the Court and Court staff may not provide legal advice to any litigant.

       There is a *Pro Se* Law Clinic in this District to assist parties in civil cases who do not have lawyers. The Clinic may be able to provide Plaintiffs with advice in connection with this case. The *Pro Se* Law Clinic is run by a private organization called the City Bar Justice Center ("CBJC"); it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the *Pro Se* Intake Unit). To receive limited-scope assistance from the clinic, Plaintiffs should make an appointment by completing the CBJC's online intake form, located at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project.

       Plaintiffs are reminded that they must file proof of service no later than **January 5, 2026**. *See* ECF No. 33. The Clerk of Court is directed to mail a copy of this Order to Plaintiffs.

       SO ORDERED.

Dated: December 11, 2025
      New York, New York                           
                                   JESSE M. FURMAN
                                   United States District Judge