UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X
                                     :

LEON MAURICE AGER et al.,             :

                         Plaintiffs,     :

                                       :          25-CV-3630 (JMF)

      -v-                        :

                                       :            ORDER

ROGER GOODELL et al.,           :

                                       :

                    Defendants.    :

                                       :

--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On December 30, 2025, Plaintiffs filed a motion seeking to voluntarily dismiss the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  *See* ECF Nos. 38, 39.  Accordingly, the Clerk of the Court is directed to terminate ECF No. 38 and close the case.  The Clerk of Court is further directed to mail a copy of this Order to Plaintiffs.

      SO ORDERED.

Dated:  January 6, 2026
        New York, New York                           JESSE M. FURMAN
                                       United States District Judge